UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ABRAHAM GROSS, | |
| Plaintiff, | 1:20-CV-4340 (CM) |
| -against- | DECLARATION |
| THE CITY OF NEW YORK, et al., | |
| Defendants. | |

      I am the plaintiff in this action and I respectfully submit this declaration in response to the Court's order dated June 22, 2020. I have signed this declaration as proof that I have read the complaint in this action and that I am the plaintiff in this action.

      Under Rule 11(b) of the Federal Rules of Civil Procedure, I certify that to the best of my knowledge, information, and belief, formed after an inquiry reasonable under the circumstances:

(1) the complaint is not being presented for any improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation;

(2) the claims and other legal contentions are warranted by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law or for establishing new law;

(3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and

(4) the denials of factual contentions are warranted on the evidence or, if specifically so identified, are reasonably based on belief or a lack of information.

| **July 06, 2020** | |
|---|---|
| Dated | Signature |
| **GROSS, ABRAHAM** | |
| Name (Last, First, MI) | Prison Identification # (if incarcerated) |
| **40 W 77 # 10C, NY, NY, 10024** | |
| Address      City      State    Zip Code | |
| **917 673 1848** | **agross2@gmail.com** |
| Telephone Number | E-mail Address (if available) |