UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ABRAHAM GROSS,<br><br>                              Plaintiff,<br><br>         -against-<br><br>THE CITY OF NEW YORK, et al.,<br><br>                              Defendants. | 1:20-CV-4340 (CM)<br><br>ORDER GRANTING IFP APPLICATION |

COLLEEN McMAHON, Chief United States District Judge:

   Leave to proceed in this Court without prepayment of fees is authorized. *See* 28 U.S.C. § 1915.

SO ORDERED.

Dated:   July 7, 2020
         New York, New York

_____
COLLEEN McMAHON
Chief United States District Judge