UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

ABRAHAM GROSS,

                  Plaintiff,

      -against-

THE CITY OF NEW YORK, et al.,

                Defendants.

------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 0 9 2020

ORDER

20 Civ. 4340 (GBD)

GEORGE B. DANIELS, United States District Judge:

    Plaintiff, who proceeds *pro se,* has filed an application for an order to show cause why a preliminary injunction and a temporary restraining order should not be issued in which he seeks, among other relief, temporary housing in one of the 22 remaining vacant apartments in the Waterline Square apartment complex in New York, New York. (*See* Mot. for Order to Show Cause for Prelim. Inj. and TRO, ECF No. 4.) To obtain such relief, Plaintiff must show: (1) that he is likely to suffer irreparable harm and (2) either (a) a likelihood of success on the merits of his claims or (b) sufficiently serious questions going to the merits to make them a fair ground for litigation and a balance of hardships tipping decidedly in his favor. *See, e.g., UBS Fin. Servs., Inc. v. W.V. Univ. Hosps., Inc.*, 660 F. 3d 643, 648 (2d Cir. 2011); *Wright v. Giuliani*, 230 F.3d 543, 547 (2d Cir. 2000). Preliminary injunctive relief "is an extraordinary and drastic remedy, one that should not be granted unless the movant, by a clear showing, carries the burden of persuasion." *Moore v. Consol. Edison Co. of N.Y., Inc.*, 409 F.3d 506, 510 (2d Cir. 2005) (citation omitted).

Plaintiff's submissions do not demonstrate: (1) a likelihood of success on the merits, or (2) sufficiently serious questions going to the merits to make them a fair ground for litigation and a balance of hardships tipping decidedly in his favor. Accordingly, this Court denies Plaintiff's application for an order to show cause for injunctive and other relief.

Plaintiff has consented to electronic service of Court documents. (*See Pro Se* Consent to Receive Documents Electronically, ECF No. 5.) This Court hereby denies Plaintiff's application for an order to show cause for a temporary restraining order and a preliminary injunction.

Dated: July 9, 2020
      New York, New York

SO ORDERED.

*[signature]*

GEORGE B. DANIELS
United States District Judge