UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

ABRAHAM GROSS,

                        Plaintiff,

      -against-

THE CITY OF NEW YORK, et al.,

                        Defendant.

------------------------------------x

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

20 Civ. 4340 (GBD) (SN)

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #:*
*DATE FILED: JUL 15 2020*

GEORGE B. DANIELS, United States District Judge:

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| _X_ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | __ | Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| __ | Specific Non-Dispositive Motion/Dispute: | __ | Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| __ | Settlement | | |
| | | __ | Habeas Corpus |
| __ | Inquest After Default/Damages Hearing | | |
| | | __ | Social Security |
| | | _X_ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |

Dated: July 14, 2020

SO ORDERED.

*/s/ George B. Daniels*
United States District Judge