**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES COURTHOUSE
500 PEARL STREET
NEW YORK, NEW YORK 10007

LOUIS L. STANTON
UNITED STATES DISTRICT JUDGE

July 21, 2020

Abraham Gross
40 W. 77th St., Apt. 10C
New York, NY 10024

Re: Gross v. The City of New York, et al., 20 cv 4340 (GBD)

Dear Mr. Gross,

    I have your letter of July 13, and am forwarding it to Magistrate Judge Netburn, to whom your case has now been referred, and to whom I am sending a copy of this note.
    You should understand that the federal courts do not have jurisdiction over the operation of the New York State court system, or to interfere in it, so Judge Netburn may view your Section 1983 claim as being your best chance.

Yours truly,

*Louis L. Stanton*

Louis L. Stanton,
U.S.D.J.