UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ABRAHAM GROSS,

                        **Plaintiff,**          20-CV-04340 (GBD)(SN)

       -against-                           **ORDER OF SERVICE**

THE CITY OF NEW YORK, et al.,

                        **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      To allow Plaintiff, proceeding pro se, to effect service on Defendants the City of New York, Louise Carroll, Anna-Marie Hendrickson, Margaret Brown, Babba Halm, Victor Hernandez, Shatara Pell, Edwin Lugo, Nidia Dormi, Gabriel Mombrun, Harold Weinberg, Nick Lundgren, Samantha Schonfeld, Breaking Ground, Jeanne-Marie Williams, Brenda Rosen, Terresa Palmieri, Vanessa Cucurullo, Stephanie Labarta, and Travis Fong through the U.S. Marshals Service, the Clerk of the Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for each of these defendants. The service addresses for these defendants are:

| | |
|---|---|
| Louise Carroll | **New York City Department of** |
| Anna-Marie Hendrickson | **Housing Preservation & Development** |
| Margaret Brown | 100 Gold Street |
| Babba Halm | New York, NY, 10038 |
| Victor Hernandez | |
| Shatara Pell | |
| Edwin Lugo | |
| Nidia Dormi | |
| Gabriel Mombrun | |
| Harold Weinberg | |
| Nick Lundgren | |
| Samantha Schonfeld | |

| | |
|---|---|
| Breaking Ground<br>Jeanne-Marie Williams<br>Brenda Rosen<br>Terresa Palmieri<br>Vanessa Cucurullo<br>Stephanie Labarta<br>Travis Fong | **Breaking Ground**<br>505 8th Avenue, 5th Fl.<br>New York, NY, 10018 |
| The City of New York | **Office of the Corporation Counsel**<br>100 Church Street<br>New York, NY 10007 |

The Clerk of Court is further instructed to issue a summons and deliver to the Marshals Service all of the paperwork necessary for the Marshals Service to effect service upon these defendants.

It is Plaintiff's responsibility to ensure that service is made within 90 days of the date the summons is issued and, if necessary, to request an extension of time for service. See Meilleur v. Strong, 682 F.3d 56, 63 (2d Cir. 2012). Plaintiff also must notify the Court in writing if his address changes, and the Court may dismiss the action if he fails to do so. The Clerk of Court is also directed to mail a copy of this order to Plaintiff, pro se.

**SO ORDERED.**

DATED:   July 24, 2020
         New York, New York

_____
SARAH NETBURN
United States Magistrate Judge

cc:   Abraham Gross
      40 W. 77th St. Apt. 10C
      New York, New York
      10024