UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ABRAHAM GROSS,

                                     **Plaintiff,**

                   -against-

THE CITY OF NEW YORK, et al.,

                                  **Defendants.**

-----------------------------------------------------------------X

20-CV-04340 (GBD)(SN)

**ORDER OF SERVICE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/24/2020

**SARAH NETBURN, United States Magistrate Judge:**

      Plaintiff is directed to file with the Court a letter providing addresses where Defendants James E. Johnson and Helen Rosenthal can be served. The Clerk of Court is directed to mail a copy of this order to Plaintiff, *pro se*.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   July 24, 2020
               New York, New York

cc:       Abraham Gross
           40 W. 77th St. Apt. 10C
           New York, New York
             10024