UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ABRAHAM GROSS,

                    Plaintiff,

        -*against*-

THE CITY OF NEW YORK, LOUISE CARROLL, ANNA-MARIE HENDRICKSON, MARGARET BROWN, BABBA HALM, VICTOR HERNANDEZ, SHATARA PELL, EDWIN LUGO, NIDIA DORMI, GABRIEL MOMBRUN, HAROLD WEINBERG, NICK LUNDGREN, SAMANTHA SCHONFELD, JAMES E. JOHNSON, HELEN ROSENTHAL, BREAKING GROUND, JEANNE-MARIE WILLIAMS, BRENDA ROSEN, TERRESA PALMIERI, VANESSA CUCURULLO, STEPHANIE LABART AND TRAVIS FONG.

                    Defendants.

Civil Action No.:
20-cv-04340 GBD-SN

**NOTICE OF APPEARANCE**

To the Clerk of the Court and all parties of record:

    Please enter my appearance in this case for Defendants Breaking Ground, Brenda Rosen, Travis Fong, Theresa Palmieri, Vanessa Cucurullo and Stephanie Labarta. I certify that I am admitted to practice before this Court.

Dated: New York, New York
          September 1, 2020

                                    Respectfully submitted,

                                    KAUFMAN BORGEEST & RYAN LLP

                                    By: _/s/ Laura B. Juffa_____
                                         Laura B. Juffa
                                         *Attorneys for Defendants Breaking Ground,*
                                         *Brenda Rosen, Travis Fong, Terresa Palmieri,*
                                         *Vanessa Cucurullo and Stephanie Labarta*
                                         120 Broadway, 14th Floor
                                         New York, New York 10271
                                         Telephone: (212) 980-9600
                                         Facsimile: (212) 980-9261
                                         Email: ljuffa@kbrlaw.com

6703694

TO:     (via ECF & U.S. Mail)

        Mr. Abraham Gross
        40 W. 77th St., Apt. 10C
        New York, NY 10024
        Telephone: (917) 673-1848
        Email: agross2@gmail.com