UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
ABRAHAM GROSS,

                                               Plaintiff,

                  -against-

THE CITY OF NEW YORK, LOUISE CARROLL,
ANNA-MARIE HENDRICKSON, MARAGERET
BROWN, BABBA HALM, VICTOR HERNANDEZ,
SHATARA PELL, EDWIN LUGO, NIDIA DORMI,
GABRIEL MOMBRUN, HAROLD WEINBERG, NICK
LUNDGREN, SAMANTHA SCHONFELD, JAMES E.
JOHNSON, HELEN ROSENTHAL, BREAKING
GROUND, JEANNE-MARIE WILLIAMS, BRENDA
ROSEN, TERRESA PALMIERI, VANESSA
CUCURULO, STEPHANIE LABARTA, AND TRAVIS
FOND,

                                    Defendants.
------------------------------------------------------------------------x

**NOTICE OF APPEARANCE**

20-CV-4340

**TO THE CLERK OF THE COURT:**

**PLEASE TAKE NOTICE** that the undersigned, Assistant Corporation Counsel Jasmine Paul, appears as counsel for Defendant the City of New York and the defendants, sued herein in their official capacities, Louise Carroll, Anna-Marie Hendrickson, Margaret Brown, sued herein as "Marageret Brown," Babba Halm, Victor Hernandez, Shatara Pell, Edwin Lugo, Nidia Dormi, Gabriel Mombrun, Harold Weinberg, Nick Lundgren, Samantha Schonfeld, James E. Johnson, and Helen Rosenthal (collectively, the "City Defendants") and requests to receive notice of all docket events via the Electronic Case Filing system. I certify that I am admitted to practice before this Court.

Dated:      New York, New York
                September 1, 2020

                                           JAMES E. JOHNSON
                                           Corporation Counsel of
                                              the City of New York
                                           Attorney for City Defendants
                                           100 Church St., Rm. 5-182
                                           New York, New York 10007
                                           Email: jpaul@law.nyc.gov
                                           Tel: (212) 356-2192
                                           Fax: (212) 356-2019

TO:    Abraham Gross. (by ECF)
        Plaintiff *Pro Se*
        40 W. 77th Street, Apt. 10C
        New York, New York 10024

BY:      ____/s/ Jasmine Paul_____
             Jasmine Paul
             Assistant Corporation Counsel