```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ABRAHAM GROSS,                              :      20-cv-4340 (GBD) (RWL)
                                            :
                        Plaintiff,          :      ORDER
                                            :
        - against -                         :
                                            :
THE CITY OF NEW YORK, et al.,               :
                                            :
                        Defendants.         :
-----------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/4/2020

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Upon referral to the undersigned on August 24, 2020, this Court promptly (on August 25, 2020) scheduled the initial pretrial conference for September 21, 2020. Plaintiff has since requested to move up the conference to an earlier date. The Court appreciates Plaintiff's concerns about proceeding expeditiously and recognizes that Plaintiff filed this case in June of this year, but the District Judge previously denied Plaintiff's application for preliminary relief in its entirety. (Dkt. 9.) Moreover, defense counsel have only just recently appeared, and the parties need some time to fulfill their obligations to meet and confer to discuss and prepare the requisite pretrial conference order and proposed schedule. Under these circumstances, the date set by the Court is expeditious. Accordingly, Plaintiff's request (Dkt. 35) to advance the initial pretrial conference is denied. At the conference, however, Plaintiff may raise his concerns in the context of the discovery schedule to be set.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: September 4, 2020
       New York, New York

Copies transmitted to counsel of record and *pro se* Plaintiff via-ECF.