UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ABRAHAM GROSS,<br><br>                                                    Plaintiff,<br><br>— a*gainst* —<br><br>THE CITY OF NEW YORK, LOUISE CARROLL, ANNA-MARIE HENDRICKSON, MARGARET BROWN, BABBA HALM, VICTOR HERNANDEZ, SHATARA PELL, EDWIN LUGO, NIDIA DORMI, GABRIEL MOMBRUN, HAROLD WEINBERG, NICK LUNDGREN, SAMANTHA SCHONFELD, JAMES E. JOHNSON, HELEN ROSENTHAL, BREAKING GROUND, JEANNE-MARIE WILLIAMS, BRENDA ROSEN, TERRESA PALMIERI, VANESSA CUCURULLO, STEPHANIE LABART and TRAVIS FONG,<br><br>                                                    Defendants. | Civil Action No.:<br>20-cv-04340 GBD-SN<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of the Court and all the parties of record:

**PLEASE TAKE NOTICE** that Kellner Herlihy Getty & Friedman, LLP hereby appears as counsel for Defendant JEANNE- MARIE WILLIAMS and requests to receive notice of all docket events via the Electronic Case Filing system. I certify that I am admitted to practice before this Court.

Dated: September 9, 2020
        New York, New York

                         KELLNER HERLIHY GETTY & FRIEDMAN, LLP

                         By: _____
                             Jeanne-Marie Williams, Esq.
                         *Attorneys for Defendant Jeanne-Marie Williams*
                         470 Park Avenue South – 7th Floor North
                         New York NY 10016
                         Tel. No.: 212 889-2821
                         Facsimile: (212) 684-6224
                         Email: jmw@khgflaw.com

TO: (via ECF)

Abraham Gross
*Plaintiff*
40 West 77th Street, Apartment 10C
New York, NY 10024
Tel. No.: (917) 673-1848
Email: agross2@gmail.com

Laura B. Juffa, Esq.
*Attorneys for Defendants Breaking Ground,*
*Brenda Rosen, Travis Fong, Terresa Palmieri,*
*Vanessa Cucurullo and Stephanie Labarta*
120 Broadway, 14th Floor
New York, New York 10271
Tel. No. (212) 980-9600
Email: ljuffa@kbrlaw.com

Jasmine Paul, Esq
Corporation Counsel of the City of New York
Attorney for the City Defendants
100 Church Street., Rm 5-182
New York, New York 10007
Tel No. 212-356-2192
jpaul@law.nyc.gov

Civil Action No.: 20-cv-04340 GBD-SN

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

---

ABRAHAM GROSS,

                                                          Plaintiff,

— *against* —

THE CITY OF NEW YORK, LOUISE CARROLL, ANNA-MARIE HENDRICKSON, MARGARET BROWN, BABBA HALM, VICTOR HERNANDEZ, SHATARA PELL, EDWIN LUGO, NIDIA DORMI, GABRIEL MOMBRUN, HAROLD WEINBERG, NICK LUNDGREN, SAMANTHA SCHONFELD, JAMES E. JOHNSON, HELEN ROSENTHAL, BREAKING GROUND, JEANNE-MARIE WILLIAMS, BRENDA ROSEN, TERRESA PALMIERI, VANESSA CUCURULLO, STEPHANIE LABART and TRAVIS FONG,

                                                          Defendants.

---

## NOTICE OF APPEARANCE

---

**KELLNER HERLIHY GETTY & FRIEDMAN, LLP**
*Attorneys for Defendant Jeanne-Marie Williams*
470 Park Avenue South
New York, New York 10016
Tel. No. (212) 889-2821