

**JAMES E. JOHNSON**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**JASMINE PAUL**
Administrative Law
and Regulatory Litigation Division
212-356-2192
Facsimile: (212) 356-2019
jpaul@law.nyc.gov

September 11, 2020

**BY ECF**
Honorable Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York
40 Foley Square, Room 1960
New York, New York 10007

          Re:  <u>Abraham Gross v. The City of New York, et al.</u>, Civil Case No. 18-cv-12198

Dear Judge Lehrburger:

      I am an attorney in the office of James E. Johnson, Corporation Counsel of the City of New York, counsel for defendants the City of New York, Louise Carroll, Anna-Marie Hendrickson, Margaret Brown, sued herein as "Marageret Brown," Babba Halm, Victor Hernandez, Shatara Pell, Edwin Lugo, Nidia Dormi, Gabriel Mombrun, Harold Weinberg, Nick Lundgren, Samantha Schonfeld, James E. Johnson, and Helen Rosenthal (collectively, the "City Defendants"), in the above-referenced action. The parties jointly request an extension of time for the submission to the Court of the joint proposed Case Management Plan and Scheduling Order from September 14, 2020 to three weeks after Plaintiff serves the anticipated Amended Complaint or as instructed by the Court at the initial pretrial conference.

      The Complaint alleges, <u>inter</u> <u>alia</u>, that Plaintiff's federal civil rights were violated when Defendants Breaking Ground denied Plaintiff's application for an affordable housing unit at 10 Riverside Boulevard, New York, New York, the building known as Waterline Square. However, the Complaint is incomplete. The parties have met and conferred on September 11, 2020 per the Court's rules. During the meet and confer, Plaintiff stated he intended to amend the complaint within the next week as it was incomplete, the parties discussed settlement and the possibility of a settlement conference before Your Honor after all Defendants have responded to the Complaint, and all Defendants stated their intentions to draft motions to dismiss depending on the allegations set forth in the Amended Complaint. Since Plaintiff will amend the Complaint, the parties are unable to fully complete all of the sections of the Case Management Plan and Scheduling Order.

This is the parties' first request for an extension of time for the submission of the joint proposed Case Management Plan and Scheduling Order. The only scheduled date for this action is September 21, 2020 for the initial pretrial conference. The parties are able to attend the initial pretrial conference as scheduled.

Thank you for your consideration of this request.

Respectfully submitted,

/s/ Jasmine Paul
Jasmine Paul
Assistant Corporation Counsel

cc: Abraham Gross. (by ECF)
Plaintiff *Pro Se*
40 W. 77th Street, Apt. 10C
New York, New York 10024

Laura B. Juffa, Esq.
KAUFMAN BORGEEST & RYAN LLP
Attorney for Breaking Ground Defendants
120 Broadway
New York, NY 10271

Jeanne-Marie Williams, Esq.
KELLNER HERLIHY GETTY & FRIEDMAN, LLP
Attorneys for Defendant Jeanne-Marie Williams
470 Park Avenue South -- 7th Floor
New York, NY 10016