```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ABRAHAM GROSS,                                               :
                                                             :
                        Plaintiff,                           :    20-cv-4340 (GBD) (RWL)
                                                             :
        - against -                                          :    ORDER
                                                             :
THE CITY OF NEW YORK, et al.,                                :
                                                             :
                        Defendants.                          :
-------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/12/2020

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

In light of the parties' correspondence dated September 11, 2020, Plaintiff shall file his amended complaint, if any, by **September 25, 2020**. The initial pretrial conference initially scheduled for September 21, 2020 is hereby ADJOURNED to **October 14, 2020** at **2:30 p.m.**

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:   September 12, 2020
         New York, New York

Copies transmitted to counsel of record and *pro se* Plaintiff via-ECF.