# PROCESS RECEIPT AND RETURN

U.S. Department of Justice
United States Marshals Service

See *"Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Abraham Gross | 20-cv-04340-GBD-SN |
| DEFENDANT | TYPE OF PROCESS |
| The City of New York et al | Summons & Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Brenda Rosen
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Breaking Ground, 505 8th Avenue, 5th Fl., New York, NY, 10018

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Pro Se: Abraham Gross
40 W. 77th St.
Apt. 10C
New York, NY 10024

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Signature of Attorney other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
BW
TELEPHONE NUMBER: 212-805-0175
DATE: 7/27/2020

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)*
Total Process: 20
District of Origin No. 054
District to Serve No. 054
Signature of Authorized USMS Deputy or Clerk
Date: JUL 27 2020

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*
Date: 9/2/20
Time: ☐ am ☐ pm

Address *(complete only different than shown above)*

Signature of U.S. Marshal or Deputy
BRUTBGOY

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $48.00 | | | $48.00 | | |

REMARKS
JUL 27 2020  setup for mail ser.

9/2/20 - Waiver of service filed on 9/1/20, service no longer needed - Docket #33.

20-4340-16

Form USM-285
Rev. 11/18

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE