USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/21/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ABRAHAM GROSS,  :  20 Civ. 4340 (GBD) (RWL)
:
             Plaintiff,  :  **ORDER**
:
     - against -  :
:
THE CITY OF NEW YORK, et al.,  :
:
            Defendants.  :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

       The Court is in receipt of Plaintiff's letter dated September 18, 2020, and filed that date, requesting that the initial pretrial conference ("IPTC") currently scheduled for October 14, 2020, instead go forward on September 21, 2020, (Dkt. 51). The Court appreciates the concerns raised by Plaintiff but notes that the Court adjourned the initial IPTC due to Plaintiff's impending amended complaint, (Dkt. 46). The Court cannot reschedule the IPTC for September 21, 2020 (i.e., today), but – if feasible – will reschedule the conference for an earlier date. Unless and until then, however, the IPTC remains scheduled for October 14, 2020.

                                  SO ORDERED.

                                  _____
                                  ROBERT W. LEHRBURGER
                                  UNITED STATES MAGISTRATE JUDGE

Dated:     September 21, 2020
             New York, New York

Copies transmitted to counsel of record and *pro se* Plaintiff via-ECF.