| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|

| PLAINTIFF<br>Abraham Gross | COURT CASE NUMBER<br>20-cv-04340-GBD-SN |
|---|---|
| DEFENDANT<br>The City of New York et al | TYPE OF PROCESS<br>Summons & Complaint |

**SERVE AT**
- NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
  Margaret Brown
- ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
  New York City Department of Housing Preservation & Development, 100 Gold Street New York, NY 10038

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Pro Se: Abraham Gross
40 W. 77th St.
Apt. 10C
New York, NY 10024

Number of process to be served with this Form 285: 2
Number of parties to be served in this case:
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT
BW
TELEPHONE NUMBER: 212-805-0175
DATE: 7/27/2020

SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated.
Total Process: P60
District of Origin No.: 054
District to Serve No.: 054
Date: JUL 27 2020

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Date: 9/21/20

Service Fee: $8.00
Total Charges: $8.00

REMARKS:
JUL 27 2020 - Set up for mail ser.
9/21/20 - Notice of Appearance filed on 9/11/20 by attorney/ service no longer needed - Docket #34

20-4340-3

Form USM-285
Rev. 11/18