20 CV4340

RECEIVED
SDNY PRO SE OFFICE

2020 SEP 30   AM 10: 47

# EXHIBITS A1-A3

## Volunteers of America
### Greater New York
65 Charles Gay Loop, Wards Island, NY 10035
Phone: 212-369-8900

Date: 9/27/19

This is to introduce **Abraham Gross** who is currently a Resident at the Assessment Men's Shelter; He has been a resident at Schwartz since, The Shelter is located at 65 Charles Gay Loop, Ward's Island, New York,

IDENTIFYING DATA:

2151221

1-289

12/19/81

XXX-XX-5166

Resident in the shelter, client receives Lodging services, Toiletries, Three ay and Case Management services. Please let this resident's letter serve letter to Housing Preservation Development (HPD). Thank you for your and assistance with regards to this client; if there is any other information quired or need please feel free to contact me.

ully yours,

Rodolfo Rivera
Charles Gay Loop, Wards Island, NY 10035 (Office 24)
ne: 212-369-8900, Ext #6532



Breaking Ground/Waterline Square
330 West 42nd Street, 14th Floor
New York, NY 10036

6/10/2019

Abraham Gross
40 West 77st
10C
New York, NY 10024

Re:    Waterline Square
675 West 59th Street | 400 West 61st Street | 645 West 59th Street
New York, NY, 10023
Log #:    5695

Dear Applicant:
We received your application for residency in the project indicated above. Based on the
guidelines for eligibility for this project, your application has been rejected for the following
reason(s):

____    **1. Upon**    complete review, your income and/or household size does not meet
the
**guidelines.**  *See attached income eligibility chart.*

Your household income: _____

Your household size:    _____

____    **2.**    **Your income does not demonstrate a continuing need.**
☐ Assets
☐ Property Ownership
☐ Gift Income
☐ Other:

____    **3.**    **Criminal background check:**

__X__ **4.**    **Your application and/or documentation has been found to include**
**inconsistent**
**information.**

____    **5.**    **Failure to schedule an eligibility appointment or failure to attend a**
**scheduled and**
**confirmed appointment.**

ENGLISH REJECTION NOTICE



Breaking Ground/Waterline Square
330 West 42nd Street, 14th Floor
New York, NY 10036

Date: _7/3/19_____

Abraham Gross
40 West 77th Street
Apt 10C
New York, NY 10024

Re:     Waterline Square
        675 West 59th Street | 400 West 61st Street | 645 West 59th Street
        New York, NY, 10023
        Log #:__5695____

Dear Applicant:

We received your appeal of the rejection of your application for residency in the project indicated above. We have conducted an additional review of your application with the new information you provided. Unfortunately, based on the guidelines for eligibility for this project, your application has been rejected for the following reason(s):

---

_X__   1.     **Your income and/or household size does not meet the guidelines.**
              *See attached income eligibility chart.*

              Your household income: __$16,379.58_____

              Your household size: ___1___

              Extreme Reach: $498.65/6 = $83.10833 X 12 = $997.30
              Net from Self-employment: $2,627.66
              Unemployment: $12,754.62
              Gift Income: $0 (proof of receipt of income for at least 6 months was not provided)

---

___   2.     **Your income does not demonstrate a continuing need.**

             ☐     Assets

             ☐     Property Ownership

             ☐     Gift Income

             ☐     Other:

___   3.     **Criminal background check:**

ENGLISH APPEAL REJECTION NOTICE

| X | 4. | **Your application and/or documentation has been found to include inconsistent information.** |
|---|---|---|
| | | In your appeal letter  you indicated that you receive 10,000 in gift income with no proof of said income being received and a letter was provided during the processing of your application that indicates a total of 1,000 monthly in gift income which equals to 12,000 not 10,000. The letter does not appear properly signed by the gift giver and it is not notarized in addition to no substantial evidence to prove that you are in receipt of this income for at least 6 months. Information being provided is inconsistent. |

___ 5. **You do not meet the definition of a household established by the Agencies.** Therefore, you do not qualify for this program.

___ 6. **Your appeal and/or supporting documents were not submitted within the appeal period of 10 business days.**

___ 7. **Failure to submit documentation by the deadline or failure to submit sufficient or complete documentation.**

___ 8. **Credit and housing court history***

☐ For-cause eviction(s) within last 12 months. Case index #: _____

☐ Bankruptcy filed within last 12 months

☐ Delinquencies, collections, money judgments, and liens exceed $5,000

Please note that the City of New York has established Financial Empowerment Centers that offer free counseling to help you in improving your credit. A counselor can also help you deal with your debt and debt collectors and how to save for your monthly rent. We encourage you to call 311 to make a free appointment with a counselor so that you are better prepared for future housing lotteries.

___ 9. **Other:**

_____

If you believe your appeal has been rejected in error, you may submit a complaint to the agency indicated at the bottom of the page, in writing, within five (5) business days of the postmark date of this letter.



**Department of**
**Housing Preservation**
**& Development**
**nyc.gov/hpd**

**Office of Asset & Property**
**Management**
**Division of Housing Opportunity &**
**Program Services**
**100 Gold Street**
**New York, N.Y. 10038**

**LOUISE CARROLL**
**Commissioner**

**EVA TRIMBLE**
**Executive Deputy Commissioner**

**A. A. HENDRICKSON**
**Deputy Commissioner**

**MARGARET BROWN**
**Associate Commissioner**

July 9, 2019

Abraham Gross
40 West 77th Street
Apt 10C
New York, NY 10024

Re: Waterline Square, Log #5695

Dear Abraham Gross:

This letter is in response to the correspondence you filed with the City of New York Department of Housing Preservation and Development (HPD) regarding your application to: Waterline Square, which is a privately-owned development located in Manhattan. The lottery and lease up process for the affordable units are monitored by HPD.

Please be advised that tenant selection is the responsibility of the building owners and managing agents. As the supervising agency, HPD reviews requests by applicants to determine if there are any grounds to question or intervene in their decision using the information that was available to either the building owner or managing agent at the time of an applicant's submission.

HPD requested your file from management and reviewed it in its entirety. The primary reason for your rejection was that your household did not meet the minimum income required.

An applicant may have a combination of wages and self-employment income. Such applicants may also have sporadic unemployment income. Their income should be evaluated similarly to the instructions outlined in the self-employment section; however, the evaluation will include both W2 wages and self-employment income.

For applicants with "combination income," the most recent two years of tax returns should be reviewed and evaluated (page 52).

Households receiving gift income exceeding $10,000/year are not eligible unless they would be income-eligible with or without the gift income (page 58).

Based on your file, your 2017 Historical Income is Wages $9,565+ your 2018 Historical Income is Wages $18,685+ Self-Employment $0 + Unemployment Insurance $2,600= $30,850 /2= $15,425

Your gift income is $1,000 x 12= $12,000 and it exceeds the maximum gift income allowed.

The minimum income for a single household at 60%AMI is $37,578

Based on the above information, HPD finds no grounds to interfere in the decision regarding your application for this project.

Please review our Marketing Handbook: http://www1.nyc.gov/assets/hpd/downloads/pdf/developers/marketing-handbook.pdf

In the case that an applicant's income changes after the eligibility appointment (for reasons other than change in household composition and such change impacts their eligibility for the unit for which they are in process, the Marketing Agent will not reconsider the application unless the change is due to an extenuating circumstance (page 42).

All of the applicants to this and similar developments are held to the same standards and subject to the same income calculation criteria.

Thank you for your continued interest in our programs, and we wish you the best success in your apartment search.

Sincerely,

Compliance Reviewer
Marketing and Affordability Oversight Program

Printed on paper containing 30% post-consumer material.

SUPREME COURT OF THE STATE OF NEW YORK
APPELLATE DIVISION:  FIRST DEPARTMENT
------------------------------------------------------------------x

ABRAHAM GROSS,

Petitioner-Appellant,

-against-

THE DEPARTMENT OF HOUSING PRESERVATION
AND DEVELOPMENT (HPD),

-and-

BREAKING GROUND (BG),

RESIDENTIAL FOR SALE LLC,
_____ES FOR SALE LLC,
_____FOR SALE LLC,

Respondents-Respondents.

------------------------------------------------------------------x

|  |
|---|
| **AFFIRMATION IN OPPOSITION TO PETITIONER'S MOTION FOR A MANDATORY PRELIMINARY INJUNCTION** |
| Index No. 101081/2019 |

_____ an attorney at law admitted to practice in the
_____ under penalties of perjury:

_____ the office of James E. Johnson,

_____ for Respondent, the New

_____ ("HPD") in the above-

_____ of this proceeding

_____ HPD is

_____

The Regulatory Agreements for the Subject Development

8.    On November 15, 2016, the City of New York, HPD, and RCB1 Nominee
LLC and RCB1 Affordable LLC, RCB3 Nominee LLC and RCB3 Affordable LLC, and RCB4
Nominee LLC and RCB4 Affordable LLC (collectively "RCB"), the owner of the subject
development, entered into the Regulatory Agreements regarding the subject development.
Copies of the three Regulatory Agreements are annexed collectively hereto as Exhibit "A."

9.    Pursuant to the Regulatory Agreements, RCB contracted with Common
Ground Management Corp. ("Breaking Ground")[2] to act as Administering Agent for the Subject
Development. See Exhibit "A" at ¶ 11.  As the Administering Agent, Breaking Ground agreed
to ensure that the Subject Development's units would be rented "in compliance with [the
applicable Housing Plan and all of the requirements of [Section 23-911 of the New York City
Zoning Resolution and the Inclusionary Housing Program Guidelines] . . . ."  See id. at ¶ 11.
The designated Administering Agent "shall be required to market the Affordable Housing Units in
accordance with the Housing Plan." Id. ¶ 21.

10.    During the initial occupancy of the affordable housing units of the
subject development, the Administering Agent, must provide to HPD an initial
...................Regulatory Agreement states, in pertinent part, as

...................................sixty (60)
...................................on Deadline,

................................the other named
................................"Breaking Ground,"

the Administering Agent shall submit to the Department an affidavit attesting that each Household occupying an Affordable Housing Unit complied, at Initial Occupancy, with the annual income eligibility requirements of the Program and that the Monthly Rent registered and charged for each Affordable Housing Unit, complied with the Monthly Rent requirements for such unit, at Initial Occupancy . . . "Annual Income" shall mean the anticipated total income from all sources to be received by the household head and spouse and by each additional member of the household, including all net income derived from assets, for the twelve (12) month period following the initial determination of income. The Administering Agent shall also retain all records and documents relating to income determination for a minimum of three (3) years after the date a tenant commences occupancy in an Affordable Housing Unit.

In the Administering Agent Agreement Inclusionary Housing Program

                       which is annexed as an exhibit to the Regulatory

                       the ongoing responsibility for insuring that each

                       upon vacancy re-rented in compliance with the

                       Subsidized Residential Developments

                       Corporation ("HDC") and

                       Resident Selection and

                       by HPD and

                       Exhibit "B."

the Administering Agent shall submit to the Department an affidavit attesting that each Household occupying an Affordable Housing Unit complied, at Initial Occupancy, with the annual income eligibility requirements of the Program and that the Monthly Rent registered and charged for each Affordable Housing Unit, complied with the Monthly Rent requirements for such unit, at Initial Occupancy . . . "Annual Income" shall mean the anticipated total income from all sources to be received by the household head and spouse and by each additional member of the household, including all net income derived from assets, for the twelve (12) month period following the initial occupancy date. The Administering Agent shall maintain records and documents relating to this for a minimum of three (3) years after a tenant commences occupancy of an Affordable Housing Unit . . .

# EXHIBITS B

# Marketing Handbook

Policies and Procedures for Resident Selection and Occupancy

January 2020





  b.  In the case that multiple applications are received for any single person, all applications for that applicant must be found ineligible.

3.  *Duplicate applications*

  a.  A "duplicate application" is defined as the appearance of any single person across two or more applications for any given project, where the same household members are present and all other information is the same.

  b.  Upon receipt of duplicate applications, the Marketing Agent will not find the applicant ineligible, but will consider only the application with the highest log number (lowest chance of being selected).

4.  Applicants to rental projects may not be found ineligible or be rejected solely on the basis that the applicant receives Section 8 assistance or other qualifying government rental subsidy.

5.  **The Developer and the Developer's family members, employees, agents, and employees of agents are prohibited from seeking or obtaining an affordable unit in the Project at any time, regardless of their position with the firm. <u>This applies to the following parties:</u>**

  a.  Any person holding an equity interest in the developer or any agent of the Developer;

  b.  Any director, officer, member or employee of the Developer or of any agent of the developer;

  c.  The spouse of any such person;

  d.  Any of their respective siblings, parents, grandparents, children, or grandchildren; or

  e.  Their respective spouses.

6.  Employees of HDC are prohibited from seeking a unit in any project in which HDC is involved.

7.  Employees of HPD may not seek units in buildings that have been involved in HPD programs or projects in the last three years if the employee either (i) works in the division which administers such HPD program or project, (ii) works in the Marketing Unit, (iii) is or was involved in decisions concerning such HPD program or project, or (iv) seeks, obtains, or purchases the housing through a process that is different in any way from the process through which members of the general public seek, obtain, or purchase such housing. Any HPD employee who is invited to confirm their eligibility for a lottery project must consult with the agency's Office of Legal Affairs to determine whether the City Charter, HPD policies or orders, or any other law or rule regarding conflicts of interest prohibits such employee from leasing or purchasing the apartment or home. The employee will be required to submit a statement from HPD that receiving such unit does not present a conflict of interest.





**From:** Pell, Shatara (HPD) <PellS@hpd.nyc.gov>
**Sent:** Monday, July 8, 2019 11:05:20 AM
**To:** Teresa Palmieri; Dormi, Nidia (HPD); Vanessa Cucurullo; Stephanie Labarta; Sasha Williams; Jon Lee
**Cc:** Mombrun, Gabriel (HPD); Morgan, Monica (HPD); Hernandez, Victor (HPD); Lugo, Edwin (HPD)
**Subject:** RE: ▮▮▮▮▮▮▮ waterline Square | Log ▮▮▮▮

HI Teresa,

This file is out of order with skewed documents. The way this file was sent is completely tossed around and unprofessional and It needs to be resent in a decent order. I'm really confused, does Breaking Ground review the files they send to us?

Thank You,

Shatara Pell | Deputy Director | Marketing and Affordability Oversight Program
NYC Department of Housing Preservation & Development
212-863-6211

https://www1.nyc.gov/assets/doi/downloads/pdf/pr78garcia_72309.pdf          ···  ☺  ☆

TO FRAUDULENTLY OBTAIN APPROXIMATELY $10,800 IN HOUSING SUBSIDIES

ROSE GILL HEARN, Commissioner of the New York City Department of Investigation ("DOI"), announced today the arrest of DIANE GARCIA on charges of failing to report income on recertification forms submitted to the City Department of Housing Preservation and Development ("HPD") to obtain approximately $10,816 in housing subsidies she was not entitled to receive. The office of New York County District Attorney Robert M. Morgenthau is prosecuting the case.

GARCIA, 61, of Manhattan, has been charged with Grand Larceny in the Third degree, a class D felony, and Offering a False Instrument for Filing in the First Degree, a class E felony. Upon conviction, a class D felony is punishable by up to seven years in prison and a class E felony by up to four years in prison.

DOI Commissioner Rose Gill Hearn said, "Individuals seeking housing subsidies with the City should know that concealing their income will only result in arrest and prosecution. Today's arrest is part of DOI's ongoing commitment to root out housing fraud and preserve taxpayer funds."

DOI began its investigation after it was notified by HPD about irregularities regarding GARCIA's applications with HPD.

According to the criminal complaint, between July 2006 and August 2008, GARCIA was receiving housing assistance subsidies through HPD. DOI's investigation found that GARCIA failed to report to HPD the income she earned from working at a mental health not-for profit in 2006 and 2007. Because that income was not included in documents submitted to HPD, GARCIA received approximately $10,816 in housing assistance subsidies she was not entitled to receive.

In separate cases last week, DOI arrested three individuals on charges of fraudulently obtaining housing subsidies they were not entitled to receive. DOI's press release on that matter can be found at the following link: http://www.nyc.gov/html/doi/pdf/pr70nychafraud_71609.pdf.

DOI Commissioner Rose Gill Hearn thanked HPD Commissioner Rafael Cestero and New York County District Attorney Robert M. Morgenthau and their staffs for their assistance on this investigation.

The investigation was conducted by the Office of Inspector General for HPD, including Investigator Gabriel Mombrun, under the supervision of HPD Inspector General Peter L. Zanolin.

Assistant District Attorney George Bronner with the office of New York County District Attorney has been assigned to prosecute the case.

A criminal complaint is an accusation. A defendant is presumed innocent until proven guilty.

Selecting a help opens will open new window

Current Search Criteria:

Document ID: 2011101100146001

# Detailed Document Information

| | | | | | |
|---|---|---|---|---|---|
| DOCUMENT ID: | 2011101100146001 | CRFN: | 2011000367869 | COLLATERAL: | N/A |
| # of PAGES: | 1 | REEL-PAGE: | N/A-N/A | EXPIRATION DATE: | N/A |
| DOC. TYPE: | BOTH RPTT AND RETT | FILE NUMBER: | N/A | ASSESSMENT DATE: | N/A |
| DOC. DATE: | 10/7/2011 | RECORDED / FILED: | 10/18/2011 12:57:58 PM | SLID #: | N/A |
| DOC. AMOUNT: | $275,458.00 | BOROUGH: | MANHATTAN | | |
| % TRANSFERRED: | 100% | RPTT #: | N/A | MAP SEQUENCE #: | N/A |
| MESSAGE: | N/A | | | | |

**PARTY 1**

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|
| NYC PARTNERSHIP HOUSING DEVELOPMENT FUND CO, INC. | 450 SEVENTH AVENUE | SUITE 2401 | NEW YORK | NY | 10123 | US |
| | | | | | | |

**PARTY 2**

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|
| MOMBRUN, GABRIEL | 212 SOUTH OXFORD STREET | UNIT 5F | BROOKLYN | NY | 11217 | US |

**PARTY 3/Other**

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|
| | | | | | | |

**NYC DEPARTMENT OF FINANCE**
**OFFICE OF THE CITY REGISTER**

This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document.



2011101100146001001EB066

| RECORDING AND ENDORSEMENT COVER PAGE | PAGE 1 OF 1 |
|---|---|

| **Document ID:** 2011101100146001 | Document Date: 10-07-2011 | Preparation Date: 10-11-2011 |
|---|---|---|

Document Type: BOTH RPTT AND RETT
Document Page Count: 0

| PRESENTER: | RETURN TO: |
|---|---|
| HIRSCHEN SINGER & EPSTEIN LLP | HIRSCHEN SINGER & EPSTEIN LLP |
| 902 BROADWAY | 902 BROADWAY |
| 13TH FLOOR | 13TH FLOOR |
| NEW YORK, NY 10010 | NEW YORK, NY 10010 |
| 212-819-1130 | 212-819-1130 |
| rs@hirschensinger.com | rs@hirschensinger.com |

## PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| BROOKLYN | 2004 | 1003 Entire Lot | 3 | 212 SOUTH OXFORD STREET |

**Property Type:** SINGLE RESIDENTIAL COOP UNIT

## CROSS REFERENCE DATA

CRFN_____ *or* Document ID_____ *or* _____ Year_____ Reel __ Page _____ *or* File Number_____

## PARTIES

| GRANTOR/SELLER: | GRANTEE/BUYER: |
|---|---|
| NYC PARTNERSHIP HOUSING DEVELOPMENT | GABRIEL MOMBRUN |
| FUND CO, INC. | 212 SOUTH OXFORD STREET, UNIT 5F |
| 450 SEVENTH AVENUE, SUITE 2401 | BROOKLYN, NY 11217 |
| NEW YORK, NY 10123 | |

## FEES AND TAXES

| Mortgage | | | Filing Fee: | | |
|---|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | | $ | 0.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | | |
| Exemption: | | | | $ | 0.00 |
| TAXES: County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | | |
| City (Additional): | $ | 0.00 | | $ | 1,102.00 |
| Spec (Additional): | $ | 0.00 | | | |
| TASF: | $ | 0.00 | | | |
| MTA: | $ | 0.00 | | | |
| NYCTA: | $ | 0.00 | | | |
| Additional MRT: | $ | 0.00 | | | |
| TOTAL: | $ | 0.00 | | | |
| Recording Fee: | $ | 0.00 | | | |
| Affidavit Fee: | $ | 0.00 | | | |

**RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK**

Recorded/Filed     10-18-2011 12:57
City Register File No.(CRFN):
**2011000367869**

*Annette M Hill*

*City Register Official Signature*



Current events
Random article
Donate to Wikipedia
Wikipedia store

Interaction

Help
About Wikipedia
Community portal
Recent changes
Contact page

Tools

What links here
Related changes
Upload file
Special pages
Permanent link
Page information
Wikidata item
Cite this page

In other projects

Wikimedia Commons

Print/export

# The Hub (building)

From Wikipedia, the free encyclopedia

Coordinates: 40.697290°N 73.981168

**The Hub**, also known as **333 Schermerhorn Street**, is a 610-foot, 55-floor skyscraper in the Downtown Brooklyn neighborhood of Brooklyn, New York City.[1][2][3] The building contains 754 apartments, four high-rise elevators and three mid-rise elevators.[4]

The Hub was the tallest building in Brooklyn when it topped out in December 2015,[5] passing previous record-holder, AVA DoBro, until it was passed in turn by Brooklyn Point, within the City Point complex, in April 2019.[6]

**The Hub**

Contents [hide]
1 Gallery
2 See also
3 References
4 External links

## Gallery  [ edit ]

https://www.6sqft.com/live-in-brooklyns-tallest-tower-for-833month-lottery-launching-for-150-un

 6sqft

MY SQFT HOUSE TOURS    WHERE I WORK    NYC GUIDES    THE URBAN LENS    CELEBRITIES    ARCHITECT

# Live in Brooklyn's tallest tower for $833/month, lottery launching for 150 units at 333 Schermerhorn

POSTED ON THU, OCTOBER 13, 2016 BY DANA SCHULZ






568
SHARES




| Unit Size | 60% AREA MEDIAN INCOME (AMI) UNITS | Monthly Rent | Units Avail-able | | House-hold Size | Annual Household Income *Minimum – Maximum* |
|---|---|---|---|---|---|---|
| Studio | | $833 | 46 | → | 1 person | $29,898 - $38,100 |
| 1 bedroom | | $895 | 85 | → | 1 person | $32,058 - $38,100 |
| | | | | | 2 people | $32,058 - $43,500 |
| 2 bedroom | | $1,082 | 19 | → | 2 people | $38,503 - $43,500 |
| | | | | | 3 people | $38,503 - $48,960 |
| | | | | | 4 people | $38,503 - $54,360 |

Designed by Dattner Architects, The Hub has a 42,000-square-foot retail base that extends across the streetfront, and the residential tower is rhythmically stacked to emphasize its verticality. Amenities, for which residents in the affordable units may have to pay an additional fee, include a landscaped outdoor terrace with sun deck, poll, fitness center with yoga studio, dog run, grilling terrace, children's playroom, and bike storage for every unit.

Qualifying New Yorkers can apply for the affordable units at 333 Schermerhorn Street starting tomorrow, October 14 until **December 15, 2016**. Residents of Brooklyn Community Board 2 will be given preference for 50 percent of the units. Complete details on how to apply are available **here** (pdf). Questions regarding this offer must be referred to NYC's Housing Connect department by dialing 311.

**NYC DEPARTMENT OF FINANCE**
**OFFICE OF THE CITY REGISTER**

This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document.



2015012101186008001E1FAA

| RECORDING AND ENDORSEMENT COVER PAGE | PAGE 1 OF 53 |
|---|---|

| | | |
|---|---|---|
| **Document ID:** 2015012101186008 | Document Date: 12-30-2014 | Preparation Date: 01-27-2015 |
| **Document Type:** AGREEMENT | | |
| **Document Page Count:** 52 | | |

| PRESENTER: | RETURN TO: |
|---|---|
| TO BE PICKED UP BY COMMONWEALTH COMMONWEALTH LAND TITLE INSURANCE CO. 140 EAST 45TH STREET, 22ND FLOOR NEW YORK, NY 10017 212-949-0100 ROSEMARIE.TREPPIEDI@FNF.COM/ny140055 | TO BE PICKED UP BY COMMONWEALTH COMMONWEALTH LAND TITLE INSURANCE CO. 140 EAST 45TH STREET, 22ND FLOOR NEW YORK, NY 10017 212-949-0100 |

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| BROOKLYN | 167 | 13 | Entire Lot | 333 SCHERMERHORN STREET |

Property Type: COMMERCIAL REAL ESTATE

### CROSS REFERENCE DATA

CRFN_____ *or* DocumentID_____ *or* _____ Year_____ Reel____ Page_____ *or* File Number_____

### PARTIES

| PARTY 1: | PARTY 2: |
|---|---|
| HUB ASSOCIATES, LLC C/O STEINER NYC, LLC, 15 WASHINGTON AVENUE BROOKLYN, NY 11205 | THE CITY OF NEW YORK DEPARTMENT OF HOUSING PRESERVATION AND DEVELOPMENT, 100 GOLD STREET NEW YORK, NY 10038 |

### FEES AND TAXES

| Mortgage : | | | Filing Fee: | | |
|---|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | | $ | 0.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | | |
| Exemption: | | | | $ | 0.00 |
| TAXES: County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | | |
| City (Additional): | $ | 0.00 | | $ | 0.00 |
| Spec (Additional): | $ | 0.00 | | | |
| TASF: | $ | 0.00 | | | |
| MTA: | $ | 0.00 | | | |
| NYCTA: | $ | 0.00 | | | |
| Additional MRT: | $ | 0.00 | | | |
| TOTAL: | $ | 0.00 | | | |
| Recording Fee: | $ | 297.00 | | | |
| Affidavit Fee: | $ | 0.00 | | | |

**RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK**

Recorded/Filed       02-05-2015 11:51
City Register File No.(CRFN):
                        2015000040296

*Janette M Hill*

*City Register Official Signature*

IH Agreement - R10 and Designated Areas (The HUB)

## REGULATORY AGREEMENT

### BETWEEN

### THE CITY OF NEW YORK

### AND

### HUB ASSOCIATES, LLC

| Block(s) | Lot(s) | Address(es) |
|---|---|---|
| 167 | 13 | 333 Schermerhorn Street |

County: Kings

RECORD AND RETURN TO:
Dorka Pinnix
Department of Housing Preservation
and Development
Office of Legal Affairs
100 Gold Street, Room 5S8
New York, NY  10038

The HUB IH Agreement - R10 and Designated Areas

## REGULATORY AGREEMENT

**AGREEMENT** made this $\underline{30}$ day of December, 2014, between **HUB ASSOCIATES, LLC**, a limited liability company formed pursuant to the laws of the State of New York, ("Applicant"), having an office at c/o Steiner NYC, LLC, 15 Washington Avenue, Brooklyn, New York 11205, and the **CITY OF NEW YORK** (the "City"), a municipal corporation acting by and through its **DEPARTMENT OF HOUSING PRESERVATION AND DEVELOPMENT** ("Department"), having an office at 100 Gold Street, New York, NY 10038.

**WHEREAS,** Applicant is owner in fee simple of the premises located in the County of Kings, City and State of New York, known as and by the street address 333 Schermerhorn Street, identified as Block 167, Lot 13 on the Tax Map of the City (as improved pursuant to this Regulatory Agreement), (the "Premises"), more particularly described in <u>Exhibit A</u> attached hereto and made a part hereof, and intends to construct improvements on such Premises, which improvements will constitute Affordable Housing within the meaning of <u>Section 23-911</u> of the New York City Zoning Resolution (the "Resolution") and the Inclusionary Housing Program Guidelines (the "Guidelines") (the Guidelines and Resolution are collectively referred to as the "Program"); and

**WHEREAS,** the Department has been duly authorized to administer the Program, including the execution of a Regulatory Agreement between the Department and Applicant for Floor Area Compensation under the Program (the "Agreement"); and

**WHEREAS,** Applicant has filed with the Department an Affordable Housing Plan (the "Plan") pursuant to <u>Section 23-961(d)</u> of the Resolution, attached hereto and made a part hereof as <u>Exhibit B</u> (the "Plan"), and the Department has evaluated and approved the Plan as such terms and requirements of the Plan are reflected in this Agreement; and

**WHEREAS,** Applicant intends to provide Low Income Floor Area (as defined in <u>Section 23-911</u> of the Resolution (the "Affordable Housing Units") to be affordable to and occupied by families having less than or equal to the Low Income Limit in order to enable one or more new multiple dwellings (the "Compensated Development(s)"), to be eligible under the Program for Floor Area Compensation pursuant to <u>Section 23-951</u> (R10) or <u>Section 23-952</u> (Inclusionary Housing designated areas) of the Resolution; and

**WHEREAS,** the parties hereto wish to enter into this Agreement to set forth the rights and obligations hereunder;

**NOW, THEREFORE,** in consideration of the mutual covenants and agreements herein contained, it is hereby agreed as follows:

1.    Capitalized terms not specifically defined herein shall have the meaning set forth in the Program.

2.    Applicant will create, through new construction, One Hundred and Three (103) Affordable Housing Units pursuant to the building plans submitted to and approved by the Department ("Building Plans"), for the building to be located at the Premises (the

IH Agreement - R10 and Designated Areas (The HUB)

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first set forth above.

DEPARTMENT OF HOUSING PRESERVATION AND DEVELOPMENT OF THE CITY OF NEW YORK

By: _____

Louise Carroll
Assistant Commissioner, Inclusionary Housing

HUB ASSOCIATES, LLC

By: _____

Douglas C. Steiner
Authorized Signatory

APPROVED AS TO
FORM BY STANDARD
TYPE OF CLASS FOR USE
UNTIL   April 30, 2015

/s/ Howard Friedman
Howard Friedman
Acting Corporation Counsel

14

**The Hub – 333 Schermerhorn**
**333 Schermerhorn, Brooklyn, NY**

| Unit Summary | | Construction Floor # | Marketing Floor # | Apt # | # Bdrms | Net Sq. Ft. |
|---|---|---|---|---|---|---|
| # Bdrms | Units | 36 | | 36 M | 1 | 581 |
| 0 Bdrm | 33 | 35 | | 35 M | 1 | 581 |
| 1 Bdrm | 51 | 34 | | 34 M | 1 | 581 |
| 2 Bdrm | 19 | 33 | | 33 M | 1 | 581 |
| Total | 103 | 32 | | 32 M | 1 | 581 |

| 15 | | 15 Q | 0 | 446 |
|----|----|------|---|-----|
| 15 | | 15 P | 1 | 580 |
| 15 | | 15 M | 2 | 786 |
| 15 | | 15 D | 0 | 405 |
| 15 | | 15 A | 1 | 582 |
| 14 | | 14 Q | 0 | 446 |
| 14 | | 14 P | 1 | 580 |
| 14 | | 14 M | 2 | 786 |
| 14 | | 14 D | 0 | 405 |
| 14 | | 14 A | 1 | 582 |
| 13 | | 13 Q | 0 | 446 |
| 13 | | 13 P | 1 | 580 |
| 13 | | 13 M | 2 | 786 |
| 13 | | 13 D | 0 | 405 |
| 13 | | 13 A | 1 | 582 |
| 12 | | 12 Q | 0 | 446 |
| 12 | | 12 P | 1 | 580 |
| 12 | | 12 M | 2 | 786 |
| 12 | | 12 D | 0 | 405 |
| 12 | | 12 A | 1 | 582 |
| 11 | | 11 Q | 0 | 446 |
| 11 | | 11 P | 1 | 580 |
| 11 | | 11 M | 2 | 786 |
| 11 | | 11 D | 0 | 405 |
| 11 | | 11 A | 1 | 582 |
| 10 | | 10 M | 2 | 786 |
| 10 | | 10 D | 0 | 407 |
| 9 | | 9 Q | 0 | 446 |
| 9 | | 9 M | 2 | 786 |
| 9 | | 9 D | 0 | 407 |
| 9 | | 9 B | 1 | 583 |
| 9 | | 9 A | 1 | 582 |
| 8 | | 8 Q | 0 | 446 |
| 8 | | 8 M | 2 | 786 |
| 8 | | 8 D | 0 | 407 |
| 8 | | 8 B | 1 | 583 |
| 8 | | 8 A | 1 | 582 |
| 7 | | 7 Q | 0 | 446 |
| 7 | | 7 M | 2 | 786 |
| 7 | | 7 D | 0 | 407 |
| 7 | | 7 B | 1 | 583 |
| 7 | | 7 A | 1 | 582 |
| 6 | | 6 Q | 0 | 446 |

Exhibit C- Continued



2019100201121041001E4E8B

## RECORDING AND ENDORSEMENT COVER PAGE    PAGE 1 OF 2

| | | |
|---|---|---|
| **Document ID:** 2019100201121041 | Document Date: 09-26-2019 | Preparation Date: 10-08-2019 |
| **Document Type:** FEDERAL LIEN-IRS | | Federal Lien Serial Number:383587519 |
| **Document Page Count:** 1 | | |

**PRESENTER:**
INTERNAL REVENUE SERVICE
135 HIGH STREET, STOP 155
HARTFORD, CT 06103
800-913-6050
ACRIS_LIENS@FINANCE.NYC.GOV

**RETURN TO:**
INTERNAL REVENUE SERVICE
CINCINNATI IRS CAMPUS
P.O. BOX 145595
CINCINNATI, OH 45250-5595

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|

**Property Type:**

### CROSS REFERENCE DATA

CRFN_____  *or*  DocumentID_____  *or* _____ Year_____ Reel_____ Page_____  *or*  File Number_____

### PARTIES

**DEBTOR:**
GABRIEL MOMBRUN
333 SCHERMERHORN ST APT 12M
BROOKLYN, NY 11217-1477

**SECURED PARTY:**
INTERNAL REVENUE SERVICE
135 HIGH STREET, STOP 155
HARTFORD, CT 06103

### FEES AND TAXES

| Mortgage : | | | Filing Fee: | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | | $ | 0.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | | | $ | 0.00 |
| TAXES: County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ | 0.00 | | $ | 0.00 |
| Spec (Additional): | $ | 0.00 | |
| TASF: | $ | 0.00 | |
| MTA: | $ | 0.00 | |
| NYCTA: | $ | 0.00 | |
| Additional MRT: | $ | 0.00 | |
| TOTAL: | $ | 0.00 | |
| Recording Fee: | $ | EXEMPT | |
| Affidavit Fee: | $ | 0.00 | |

**RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK**
Recorded/Filed        10-08-2019 14:58
City Register File No.(CRFN):
**2019000326281**

*Annette M Hill*

*City Register Official Signature*

| | 18332 | | |
|---|---|---|---|

**Form 668 (Y)(c)**
(Rev. February 2004)

Department of the Treasury - Internal Revenue Service

# Notice of Federal Tax Lien

| Area: SMALL BUSINESS/SELF EMPLOYED AREA #1 Lien Unit Phone: (800) 829-3903 | Serial Number 383587519 | For Optional Use by Recording Office |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer  GABRIEL MOMBRUN

Residence     333 SCHERMERHORN ST APT 12M
             BROOKLYN, NY 11217-1477

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2015 | XXX-XX-9521 | 04/23/2018 | 05/23/2028 | 117771.22 |

| Place of Filing Register's Office Kings County Brooklyn, NY 11201 | | Total $ | 117771.22 |
|---|---|---|---|

This notice was prepared and signed at _____MANHATTAN, NY_____ , on this,

the ___26th___ day of ___September___, ___2019___.

| Signature *[signature]* for S. MCGUIGAN | Title ACS SBSE (800) 829-3903 | 21-00-0008 |
|---|---|---|

(NOTE:  Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien
Rev. Rul. 71-466, 1971 - 2 C.B. 409)

**Part 1 - Kept By Recording Office**

Form **668(Y)(c)** (Rev. 2-2004)
CAT. NO 60025X

## ⏱ ADDRESS & PROPERTY HISTORY

OCTOBER 2011 - MARCH 2020
212 S Oxford St Apt 5f
Brooklyn, NY 11217

DECEMBER 2017 - FEBRUARY 2020
333 Schermerhorn St Apt 12m
Brooklyn, NY 11217

APRIL 1991 - APRIL 2012
1329 E 36th St
Brooklyn, NY 11234

DETAILS ▸

There are **3 Property Records** associated
with Gabriel, which may include:

# EXHIBITS C



# Savoy Park

45 W 139th Street, Manhattan, NY 10037

**PROPERTY TYPE:**
Affordable, Preservation

**NUMBER OF UNITS:**
1,800

**PROPERTY SIZE:**
1,034,818 SF

Savoy Park is an 1,800-unit rental property located in Central Harlem. Over half of the apartments at Savoy Park are income restricted and every unit is rent-regulated, ensuring that the community remains affordable long-term. The 13-acre campus occupies the block where the Savoy Ballroom once stood, where legends like Ella Fitzgerald, Duke Ellington and Count Basie once played. Originally constructed in 1959, each 17-story elevator building features newly renovated apartments with modern kitchens and bathrooms within large, flexible layouts. Many units showcase stunning views of the East River, Manhattan skyline, and other notable landmarks like Yankee Stadium and the George Washington Bridge.

The Harlem Armory          Savoy Park

# Victor M Hernandez | New York, New York

**Age:** 62

**Relatives:** Walter A Hernandez, Amanda M Hernandez, Guillermo A Hernandez

**Phone Number:** 718-892-8167, 646-329-5032

**Email:** vict\*\*\*\*@aol.com, victor_fo\*\*\*\*\*\*\*@yahoo.com

**Addresses:** 15 W 139th St Apt 15m, New York, NY; 252 E 4th St Apt 4a, New York, NY; 1610 Metropolitan Ave, Bronx, NY

**Previous Locations:** Brooklyn, NY

**Job Title:** Director Of Marketing And Affordability Oversight at New York City Department Of Housing Preservation And Development

# SAVOY PARK

HARLEM — Worries that affordable housing is being sold to private equity firms driven by profit have advocates asking the city to have closer scrutiny of the transactions.

New York Communities for Change said L+M Development Partners' recent sale of Savoy Park, at 2300 Fifth Ave., and The Aspen, at 1955 1st Avenue, to two investment firms raises concerns about how affordable housing agreements the buildings have with the city will be managed.



Savoy Park was one of the apartment buildings sold to a privat...

▲ View Full Caption

DNAinfo/Dartunorro Clark

The advocacy group voiced its concerns in a recent report, claiming the city "is subsidizing the deals that are pushing gentrification."

252 East 4TH Street, #4a



# 1610 Metropolitan Ave, Park Chester, Bronx

chum338.blogs.wesleyan.edu/parkchester-apartments-3/



Parkchester's 12,262 apartments, with over 12,000 Frigidaire refrigerators,[3] 97,300 doors, and 60,000 windows were in 51 different buildings, built with 110 million bricks, and 120 million pounds of structural steel.[4] When the kitchen cabinets were ordered for the complex's kitchens, it was the largest order of kitchen cabinets ever placed in the history of the nation.[5] Buildings ranged from eight to twelve stories high (roughly half were eight stories), built of red brick. Parkchester was the largest integral housing project ever to be planned and built in the U.S. up to that time. Parkchester had its own 2,000 seat movie theater, the very first branch of Macy's department store, a drug store, supermarkets, bars, hotels, delis, and much more.[6] It took three years and $50 million to build[7] – making it the second most valuable property New York (second only to Rockefeller Center).[8]

The hope for Parkchester was that it could provide high quality housing that would be affordable to middle-income New Yorkers. The apartments rented for about $12 per room per month. While rent for a Parkchester apartment was not as low as the U.S. Housing Authority's subsidized "low rent housing," Parkchester was still quite inexpensive for the area. For a nearby modern six-story apartment which might be comparable to Parkchester apartments, rent could be expected to be between $18 and $28 dollars per room per month.[9] And Parkchester apartments were spacious — almost comparable to privately owned homes in the area[10] – ranging from 577 square feet for one bedroom to 967 square feet for three bedrooms.[11]

# MR. HERNANDEZ ANNUAL SALARY
# ANNUAL SALARY: $120,000

| GovSalaries | Job Salaries | Explore Payrolls ▾ | Choose State ▾ | | Person ⬍ | e.g. John Smith | Search |
|---|---|---|---|---|---|---|---|

## Key Data

| | |
|---|---|
| Year | 2017 |
| Full Name | Victor Hernandez M |
| Job Title | Administrative Real Property Manager |

**Get Administrative Real Property Manager Salary Statistics ❯**

| | |
|---|---|
| State | New York |
| Employer | Housing Preservation & Dvlpmnt |
| Annual Wage | $120,092 |
| Monthly Wage | $10,008 |