```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/8/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ABRAHAM GROSS,                    :        20-CV-4340 (GBD) (RWL)
                                  :
                Plaintiff,        :        **SCHEDULING ORDER**
                                  :
      - against -               :
                                  :
THE CITY OF NEW YORK, et al.,     :
                                  :
                Defendants.       :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Pursuant to the initial pre-trial conference held on October 7, 2020, the following case management plan and scheduling order is so-ordered for this matter.  Dates in this order that differ from those discussed during the conference are the controlling dates.

1. Initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) will be exchanged no later than **November 15, 2020**.

2. Amended Pleadings:

    a. No additional parties may be joined after **October 15, 2020**, without consent or leave of Court.

    b. No amended pleadings may be filed after **October 15, 2020**, without consent or leave of Court.

3. Fact Discovery:

    a. All fact discovery shall be completed by **March 1, 2021**.

    b. Initial requests for production shall be served by **November 30, 2020**.  Any subsequent requests for production must be served no later than 45 days prior to the discovery completion deadline.

    c. Initial interrogatories shall be served by **November 30, 2020**.  Any subsequent interrogatories must be served no later than 45 days prior to the discovery completion deadline.

    d. Depositions shall be completed by **March 1, 2021**.

       e.       Requests to admit shall be served by **March 8, 2021**.

       f.       Except as otherwise modified in this order, the parties are to conduct discovery in accordance with the Federal Rules of Civil Procedure and the Local Rules of the Southern District of New York. The interim fact discovery deadlines may be altered by the parties on consent without application to the Court, provided that the parties meet the deadline for completing fact discovery.

4.    Expert Discovery:

       a.       Expert discovery shall be completed by **April 30, 2021**.

       b.       By **January 15, 2021**, the parties shall meet and confer on a schedule for expert disclosures, including reports, production of underlying documents and depositions.

5.    Electronic Discovery: If applicable, the parties shall have a protocol for electronic discovery in place by **November 30, 2020**.

6.    Motions to Dismiss: Any motion to dismiss the amended complaint must be filed by **December 7, 2020**. Before filing any motion to dismiss, a party must adhere to this Court's rules regarding pre-motion letters and conferences.

7.    Summary Judgment Motions: No less than **30 days** before a party intends to file a summary judgment motion, and in no event later than the close of discovery, the party shall notify this Court, and the District Judge, that it intends to move for summary judgment and, if required by the District Judge's Individual Practices, request a pre-motion conference. If pre-motion clearance has been obtained from the District Judge where required, summary judgment motions must be filed no later than **30 days** following the close of all discovery if no date was set by the District Judge or, if a date was set by the District Judge, in accordance with the schedule set by the District Judge. If no pre-motion conference is required, summary judgment motions must be filed no later than **30 days** following the close of discovery. Any summary judgment motion must comply with the

2

Federal Rules of Civil Procedure, the Local Rules of this District, and the Individual Practices of the District Judge to whom the case is assigned.

        8.      <u>Pretrial Submissions</u>: The parties shall submit a joint proposed pretrial order and any required accompanying submissions **30 days** after decision on the summary judgment motion(s), or, if no summary judgment is made, **30 days** after the close of all discovery.

        9.      <u>Joint Status Letters</u>: The parties shall submit a joint status letter every **60 days**.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:      October 8, 2020
              New York, New York

Copies transmitted to counsel of record and pro se Plaintiff via-ECF.