# EXHIBIT J- Plaintiff's Complaint

# LETTER TO MS. JASMINE PAUL

# RE: DEFENDANT HPD'S CLAIM THAT DEFENDANT NICOLE LONDON IS A CURRENT HPD EMPLOYEE

October 02, 2020

Assistant Corporation Counsel
Honorable Counsel for HPD
Ms. Jasmine Paul
100 Church Street
New York, NY, 10007

Dear Ms. Paul,

First, I am grateful for the kindness and humanity that you and counsel for Breaking Ground, Ms. Laura Juffa, have demonstrated. I am fully aware that facing a pro se litigant- who lacks basic knowledge can be frustrating for the opposing counsel[1].

I am sharing what I humbly consider to be evidence that calls into question the ethics of your client- ostensibly, a public agency obliged to abide by the law and the appropriate standard of public integrity.

In my amended complaint, I expressed concerns as to whether Defendant Nicole London ("London") was in fact HPD's new project manager for Waterline Square. Defendant Gabriel Mombrun ("Mombrun"), with whom I conversed on multiple occasions, was originally the project manager for Waterline Square.

For reasons HPD refused to address in multiple FOIL requests, at an undisclosed point during the lease-up process, HPD replaced Mombrun with London, as the new project manager.

I am attaching the updated payroll records of all city employees- downloaded today from the City payroll platform.

---

[1] In this regard, I respectfully clarify that I am by no means pro se by choice. I've applied to every NYC pro bono clinic, to no avail. This extraordinary disadvantage- attempting to communicate absent a grasp of the language of the law- is forced upon me.

It is deeply disturbing that according to the official city sources, there is no one HPD by the name Nicole London

Further, other platforms which derive their data from the official government sources suggest that no one by the name Nicole London has ever worked for HPD in any capacity

While there may be a genuine explanation- I am more than open to the possibility that I am mistaken- it is nevertheless alarming, considering the credible allegations in the amended complaint. For example: HPD's unbearable response to the revelation that affordable housing developers are purposefully stealing from the public $100 million dollars by refusing to register affordable apartments as affordable; and sworn affidavits of six (6) whistleblowers, who were deemed credible by the Honorable Southern District Court, and who were awarded considerable financial settlements with taxpayer money- all within the last three (3) years.

As I continue to suffer unnecessarily, I appeal to the oath every lawyer takes upon being admitted to the legal profession, and ask all parties to recognize the merits of an expedited settlement.

Respectfully,


Abraham Gross



| DPT | NAME | ADDRESS | TTL # | PC | SAL-RATE |
|---|---|---|---|---|---|
| 820 | J L LONDIN | OFFICE OF ADMINISTRATIVE T | 30087 | A | $ 91,563.00 |
| 846 | M A LONDINO | DEPARTMENT OF PARKS & RECR | 80633 | U | $     15.00 |
| 57  | G J LONDIS | FIRE DEPARTMENT | 70310 | D | $ 85,292.00 |
| 56  | A R LONDNER | POLICE DEPARTMENT | 70210 | D | $ 54,394.00 |
| 71  | A   LONDON | DEPARTMENT OF HOMELESS SER | 70810 | A | $ 48,745.00 |
| 998 | A A LONDON | N.Y.C. TRANSIT AUTHORITY | 00341 | 04 | $ 74,006.00 |
| 25  | A G LONDON | LAW DEPARTMENT | 30112 | A | $153,666.00 |
| 468 | A   LONDON | CUNY HOSTOS COMMUNITY COLL | 04096 | B | $ 74,454.00 |
| 67  | A F LONDON | ADMINISTRATION FOR CHILDRE | 52287 | A | $ 45,759.00 |
| 996 | A   LONDON | N.Y.C. HOUSING AUTHORITY | 90645 | A | $ 31,990.00 |
| 69  | C A LONDON | HRA/DEPARTMENT OF SOCIAL S | 10050 | A | $123,537.00 |
| 56  | C T LONDON | POLICE DEPARTMENT | 70210 | D | $ 85,292.00 |
| 998 | C   LONDON | N.Y.C. TRANSIT AUTHORITY | 00341 | 04 | $ 78,730.00 |
| 67  | C L LONDON | ADMINISTRATION FOR CHILDRE | 52366 | A | $ 57,070.00 |
| 998 | D   LONDON | N.Y.C. TRANSIT AUTHORITY | 00339 | 04 | $ 60,064.00 |
| 57  | D G LONDON | FIRE DEPARTMENT | 70310 | D | $ 55,192.00 |
| 468 | D A LONDON | CUNY HOSTOS COMMUNITY COLL | 10102 | X | $     15.30 |
| 214 | E   LONDON | OFFICE OF LABOR RELATIONS | 56056 | A | $ 41,848.00 |
| 998 | E   LONDON | N.Y.C. TRANSIT AUTHORITY | 00351 | 04 | $ 66,920.00 |
| 998 | E M LONDON | N.Y.C. TRANSIT AUTHORITY | 00341 | 01 | $ 87,673.00 |
| 998 | G S LONDON | N.Y.C. TRANSIT AUTHORITY | 00913 | 04 | $ 75,400.00 |
| 468 | G   LONDON | CUNY HOSTOS COMMUNITY COLL | 04980 | A | $ 74,119.00 |
| 868 | I M LONDON | DEPARTMENT OF CITYWIDE ADM | 80609 | A | $ 39,905.00 |
| 996 | J   LONDON | N.Y.C. HOUSING AUTHORITY | 90698 | K | $    232.00 |
| 998 | J A LONDON | N.Y.C. TRANSIT AUTHORITY | 00581 | 01 | $ 97,717.00 |
| 998 | K A LONDON | N.Y.C. TRANSIT AUTHORITY | 00298 | 01 | $ 93,524.00 |
| 56  | K R LONDON | POLICE DEPARTMENT | 71012 | A | $ 40,637.00 |
| 998 | K   LONDON | N.Y.C. TRANSIT AUTHORITY | 00339 | 04 | $ 48,052.00 |
| 998 | L   LONDON | N.Y.C. TRANSIT AUTHORITY | 00681 | 04 | $ 65,829.00 |
| 846 | L A LONDON | DEPARTMENT OF PARKS & RECR | 71205 | U | $     19.47 |
| 998 | L H LONDON | N.Y.C. TRANSIT AUTHORITY | 00817 | 04 | $ 75,400.00 |
| 998 | L   LONDON | N.Y.C. TRANSIT AUTHORITY | 00821 | 04 | $ 66,352.00 |
| 998 | L W LONDON | N.Y.C. TRANSIT AUTHORITY | 00339 | 04 | $ 60,064.00 |
| 69  | L   LONDON | HRA/DEPARTMENT OF SOCIAL S | 10251 | A | $ 36,390.00 |
| 998 | M L LONDON | N.Y.C. TRANSIT AUTHORITY | 00339 | 04 | $ 36,039.00 |
| 32  | M A LONDON | DEPARTMENT OF INVESTIGATIO | 31130 | A | $ 59,083.00 |
| 998 | N A LONDON | N.Y.C. TRANSIT AUTHORITY | 00816 | 04 | $ 75,400.00 |
| 841 | P Q LONDON | DEPARTMENT OF TRANSPORTATI | 90692 | W | $     26.15 |
| 903 | P M LONDON | DISTRICT ATTORNEY-KINGS CO | 56057 | A | $ 57,448.00 |
| 998 | P E LONDON | N.Y.C. TRANSIT AUTHORITY | 00816 | 04 | $ 75,400.00 |



