# EXHIBIT K:

# Plaintiff's Second Amendment Complaint



**10 WEST END AVE- 421 (A)**
**DELETED FROM ACRIS**

**462 WEST 58- 421 (A)**
**DELETED FROM ACRIS**



# SELECTED ILLUSTRATIONS  OF
# UNLAWFUL RESIDENTS WHO UPON PROTEST
# MODIFIED INCRIMINATING INFORMATION
# ON PUBLIC DATABASES AND/OR
# MOVED OUT OF WATERLINE SQUARE



tepages PREMIUM

PERSON          REVERSE PHONE

645 W 59th St, New York NY

🏠 Lisa's Report  >  **Address & Property History**

# Lisa Alexander



**HOME ADDRESSES** (4)

**Owns Second Property
In Uniondale
In violation of
HPD Lottery Rules**

**Address of Waterline
Square
Purposely missing
#Unit number, but based on
other property price range, this is a
subsidized unit.
Moves into Waterline Square
in Sep 2019, then abruptly
moves out four months later**

① NOVEMBER 2006 - MARCH 2020
578 Tulip Ct
Uniondale, NY 11553

③ SEPTEMBER 2019 -
645 W 59th St
New York, NY

② MAY 2019 - JANUARY 2020
830 Amsterdam Ave Apt 2f
New York, NY 10025

④ APRIL 2017 - OCTOB
396 Saratoga A
Brooklyn, NY 1

**Affordable
NYCHA
Owned Property**

**Affordable
NYCHA
Owned Property**

645 W 59th St, New York NY

**Hadith's Report** > **Address & Property History**

**HOME ADDRESSES** (6)



**Waterline Square**

**Apartment Approx. Monthly Rental= $5000**

**Apartment Approx. Monthly Rental= $4500**

① **OCTOBER 2019 - MARCH 2020**
645 W 59th St # 301
New York, NY 10019

② **OCTOBER 2010 - DECEMBER 2019**
400 W 63rd St Apt 1105
New York, NY 10069

③ **OCTOBER 2010 - NOVEMBER 2019**
60 Riverside Blvd Apt 316
New York, NY 10069

④ **SEPTEMBER 201...**
6906 Windw...
Norton Shor...

⑤ **OCTOBER 2013 -...**
4601 39th A...
Sunnyside, N...

⑥ **JUNE 2003 - MAY...**
11152 43rd...
Corona, NY 1...



**Michel Acevedo, current resident in affordable housing unit at Waterline Square, also lives in a rent stabilized apartment at 126 W 83 Street, and in affordable unit at 66 W 94, where the entire building is owned and managed by HPD. Previously lived in a building 3521 Deklab Ave- where all 72 units are rent stabilized. This is an outrageous violation of the HPD Handbook. Upon information and belief, Mr. Acevedo is another Waterline Square hispanic applicant given preferential treatment and the right to violate HPD regulations.**

## Michel Acevedo #831, Waterline Square



**WATERLINE SQUARE CURRENT AFFORDABLE HOUSING APARTMENT**



**66 W 94 St**
**Building Owned By New York City Housing Agencies Since 1973**
**3521 Dekalb Ave**
**Entire Building is Rent Stabilized, previously Owned by the**
**126 W 83: HPD-Affiliated Building, majority of units are rent stabilized**



25. As another testament to outrageous practices, Respondents have refused to allow Appellant to enter his proper income which has been automatically entered into the second lottery based on the information in the first lottery. Rather, Respondents insist that Appellant be first rejected, before he is given a chance to appeal.



26. Furthemore, in response to providing Defendants counsel with evidence that numerous apartments were awarded to egregiously-unqualified residents (EXHIBIT E1-E10), this horrid allegation was rationally confirmed by virtue of each and every one of these residents taking active measures to remove the subject property from their housing records, and/ or modify other incriminating information.

rentstabilizedbuildings.azurewebsites.net/About

# Finding 200,000 Apartments in Registered Rent Stabilized Buildings and
# Buildings Receiving Tax Incentives for Rental Buildings that Should Be Registered.

**Background:**
**The official estimate** of the number of rent stabilized apartments in New York City **is approximatedly 1.0 million\***. That number has remained the same for at least the last 20 years. At the same time, there are now and have only been about **800,000 apartments** *registered* as stabilized. The difference is 200,000.

**Why is there a difference?** Because **the official estimate includes apartments that are registered as stabilized as well as those that *should be registered*.** Among those that 'should be registered' are 1) all the apartments in a *building* that is not registered but should be, and 2) some, or many, of the *apartments* in a registered building but where not all the apartments are registered. In the first category are thousands of buildings receiving 421a or J51 tax incentives for rental units. In the second category are apartments that are not longer registered because of, for example, un-audited claims of exemption status filed by building owners for individual apartments. Why aren't they registered? The primary reasons is that over the years, starting in 1984, the laws, rules and regulations regarding registration have changed to lessen penalties for not registering. For another, the registration data comes solely from the building owners. And until recently when the State established a "Tenant Protection Unit", there has been ineffective monitoring and enforcement of the regulations at both the State and City levels.

**Purpose:**
This site is intended to help renter households who are entitled to a lease for a rent stabilized apartment find out that they are entitled to such a lease even though their ability to do so has been obscured. The site allows users to check on whether the building they are in is registered with the State or it should be registered even if it is not. The site integrates the State registration data with data on buildings receiving 421a or J51 tax incentives for rental apartments. For registered buildings, the site provides not only the number of apartments registered as stabilized but also the number of residential units on the tax lot, whether the lot is receiving tax incentives or not.

**Method:**
On the Home page, enter an address. Over the web, the address will be checked against all known addresses in New York City. For a valid address, the site will return a unique building and tax lot code, and other data including the NY City Council and State Assembly District codes for the area. Next the program will access the NY State records of registered buildings. For a registered building, the program will return 1) the State Registration ID for the building and the number of apartments registered as stabilized, 2) the number of buildings on the tax lot, 3) the number of residential units on the lot, and 4) the year the building was built. For any builing on a lot receiving 421a or J51 tax exemptions, the program will return the name of the owner of the lot, the number of residential units on the lot, the number of buildings on the lot, the total dollar amount of taxes assessed, and the total dollar amount of dollars exempt from taxes.

**Sources and Notes:**
\* The source of the estimate of rent stabilized apartments is the New York City Housing and Vacancy Survey (HVS). As explained in the appendix to the most recent HVS report, the estimate is based on 1) a complete listing of the administrative records on rent stabilized apartments supplied by the State and 2) data from other sources, including City J51 and 421a tax records.  Click here to see the appendix to the 2011 report.

https://a836-acris.nyc.gov/DS/DocumentSearch/BBLResult?max_rows=99

# OCTOBER 1, 2020: 400 WEST 61 ST

Records 1 - 55 << previous   next >>    Max Rows 99

Search Options | New BBL Search | Edit Current Search | View Tax Map | Print Index

| View | Reel/Pg/File | CRFN | Lot | Partial | Doc Date | Recorded / Filed | Document Type | Pages | Party1 | Party2 | Party 3/Other | More Party 1/2 Names | Corrected/Remarks | Doc Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DET IMG | | 2020001158502 | 157 | | 5/22/2020 | 5/29/2020 9:37:22 AM | SUNDRY MISCELLANEOUS | 5 | RC84 NOMINEE LLC | | | | | 0 |
| DET IMG | | 2020000586534 | 157 | ENTIRE LOT | 2/13/2020 | 2/13/2020 12:02:31 PM | AGREEMENT | 15 | NEW YORK STATE HOUSING FINANCE AGENCY | RC84 NOMINEE LLC | | ← | | 0 |
| DET IMG | | 2020000051202 | 157 | ENTIRE LOT | 2/7/2020 | 2/10/2020 8:37:04 AM | SUNDRY MISCELLANEOUS | 61 | RC81 NOMINEE LLC | | | ← | | 0 |
| DET IMG | | 2020000051201 | 157 | ENTIRE LOT | 2/7/2020 | 2/10/2020 8:37:03 AM | AGREEMENT | 11 | RC81 NOMINEE LLC | RC84 NOMINEE LLC | | | | 0 |
| DET IMG | | 2020000051200 | 157 | ENTIRE LOT | 2/7/2020 | 2/10/2020 8:37:02 AM | AGREEMENT | 11 | RC81 NOMINEE LLC | RC84 NOMINEE LLC | | | | 0 |
| DET IMG | | 2020000023710 | 157 | ENTIRE LOT | 1/15/2020 | 1/21/2020 2:02:52 PM | MEMORANDUM OF LEASE | 12 | RB84 NOMINEE LLC | RB84 AFFORDABLE LLC | | ← | | 99 |
| DET IMG | | 2020000023709 | 157 | ENTIRE LOT | 1/15/2020 | 1/21/2020 2:02:51 PM | SUNDRY AGREEMENT | 17 | RC84 NOMINEE LLC | RC84 AFFORDABLE LLC | | ← | | 0 |
| DET IMG | | 2020000023708 | 157 | ENTIRE LOT | 12/31/2019 | 1/21/2020 2:02:50 PM | AGREEMENT | 12 | RC84 NOMINEE LLC | NEW YORK STATE HOUSING FINANCE AGENCY | | ← | | 0 |
| DET IMG | | 2019002275988 | 157 | ENTIRE LOT | 8/19/2019 | 8/28/2019 12:35:57 PM | AGREEMENT | 12 | RC84 NOMINEE LLC | THE CITY OF NEW YORK, DEPARTMENT OF HOUSING | | ← | | 0 |
| DET IMG | | 2019000256407 | 157 | ENTIRE LOT | 8/5/2019 | 8/13/2019 9:36:38 AM | SUNDRY MISCELLANEOUS | 4 | RC84 NOMINEE LLC | | | | | 0 |
| DET IMG | | 2017000311481 | 157 | ENTIRE LOT | 8/9/2017 | 8/22/2017 4:34:30 PM | SUNDRY AGREEMENT | 10 | RC84 NOMINEE LLC | | | | | 0 |
| DET IMG | | 2017000311483 | 157 | ENTIRE LOT | 8/9/2017 | 8/21/2017 5:04:20 PM | AGREEMENT | 12 | RC84 NOMINEE LLC | NEW YORK STATE HOUSING FINANCE AGENCY | | ← | | 0 |
| DET IMG | | 2017000311482 | 157 | ENTIRE LOT | 8/9/2017 | 8/21/2017 5:04:19 PM | SUNDRY AGREEMENT | 13 | RC81 NOMINEE LLC | | | | | 0 |
| DET IMG | | 2017000311981 | 157 | ENTIRE LOT | 8/9/2017 | 8/21/2017 5:04:18 PM | SUNDRY AGREEMENT | 12 | RC81 NOMINEE LLC | | | ← | | 0 |
| DET IMG | | 2016000320604 | 157 | ENTIRE LOT | 11/16/2016 | 11/29/2016 1:43:18 PM | AGREEMENT | 31 | NEW YORK STATE HOUSING FINANCE AGENCY | WELLS FARGO BANK, NATIONAL ASSOCIATION | | ← | | 0 |
| DET IMG | | 2016000320603 | 157 | ENTIRE LOT | 11/16/2016 | 11/29/2016 1:43:17 PM | AGREEMENT | 17 | RC84 NOMINEE LLC | THE CITY OF NEW YORK | | ← | | 0 |
| DET IMG | | 2016000320602 | 157 | PARTIAL LOT | 11/16/2016 | 11/29/2016 1:43:16 PM | INITIAL UCC1 | 6 | RC84 NOMINEE LLC | NEW YORK STATE HOUSING FINANCE AGENCY | | ← | | 0 |
| DET IMG | | 2016000320601 | 157 | ENTIRE LOT | 11/16/2016 | 11/29/2016 1:43:15 PM | MORTGAGE | 56 | RC84 NOMINEE LLC | NEW YORK STATE HOUSING FINANCE AGENCY | | ← | | 24,789,083 |
| DET IMG | | 2016000260600 | 157 | PARTIAL LOT | 11/16/2016 | 11/29/2016 1:43:14 PM | INITIAL UCC1 | 6 | RC84 NOMINEE LLC | NEW YORK STATE HOUSING FINANCE AGENCY | | ← | | 0 |
| DET IMG | | 2016000320599 | 157 | ENTIRE LOT | 11/16/2016 | 11/29/2016 1:43:13 PM | MORTGAGE | 55 | RC84 NOMINEE LLC | NEW YORK STATE HOUSING FINANCE AGENCY | | | 198,767,854 | |
| DET IMG | | 2016000320598 | 157 | ENTIRE LOT | 11/16/2016 | 11/29/2016 1:43:12 PM | MEMORANDUM OF LEASE | 9 | RC84 NOMINEE LLC | RC84 AFFORDABLE LLC | | ← | | 0 |
| DET IMG | | 2016000321296 | 157 | ENTIRE LOT | 11/16/2016 | 11/29/2016 1:43:11 PM | AGREEMENT | 56 | THE CITY OF NEW YORK | RC84 NOMINEE LLC | | ← | | 0 |
| DET IMG | | 2016000320450 | 157 | ENTIRE LOT | 9/16/2016 | 11/29/2016 1:43:10 PM | AGREEMENT | 55 | THE CITY OF NEW YORK | NEW YORK STATE HOUSING FINANCE AGENCY | | ← | | 0 |
| DET IMG | | 2016000320595 | 157 | ENTIRE LOT | 11/16/2016 | 11/29/2016 1:43:09 PM | AGREEMENT | 52 | RC84 NOMINEE LLC | NEW YORK STATE HOUSING FINANCE AGENCY | | ← | | 0 |
| DET IMG | | 2016000320596 | 157 | ENTIRE LOT | 9/1/2016 | 9/15/2016 11:25:38 AM | CERTIFICATE | 10 | ROYAL ABSTRACT OF NEW YORK LLC | NEW YORK STATE HOUSING FINANCE AGENCY | | | | 0 |
| DET IMG | | 2016000320448 | 157 | ENTIRE LOT | 9/1/2016 | 9/14/2016 4:06:49 PM | ZONING LOT DESCRIPTION CERTIFICATE | 12 | ROYAL ABSTRACT OF NEW YORK LLC | | | | | 0 |
| DET IMG | | 2016000320447 | 157 | ENTIRE LOT | 7/22/2016 | 9/14/2016 4:06:48 PM | SUNDRY MISCELLANEOUS | 14 | RC81 NOMINEE LLC | RIVERSIDE CENTER SITE 5 OWNER LLC | | ← | | 0 |

# October 06, 2020: 400 West 61

https://a836-acris.nyc.gov/DS/DocumentSearch/BBLResult?max_rows=99

Result?max_rows=99

| | Doc ID | | Lot | Date | Recorded | Document Type | # | Party 1 | Party 2 | Amount | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DET IMG | 2020000051200 | 154 | ENTIRE LOT | 2/7/2020 | 2/10/2020 8:37:02 AM | AGREEMENT | 11 | RCB1 NOMINEE LLC | RCB4 NOM... | | |
| DET IMG | 2020000051199 | 154 | ENTIRE LOT | 2/7/2020 | 2/10/2020 8:37:01 AM | AGREEMENT | 11 | RCB1 NOMINEE LLC | RCB3 NOMINEE LLC | | |
| DET IMG | 2020000023704 | 154 | ENTIRE LOT | 1/15/2020 | 1/21/2020 2:02:46 PM | MEMORANDUM OF LEASE | 11 | RCB1 NOMINEE LLC | RBC1 NOMINEE LLC | | ✓ |
| DET IMG | 2020000023703 | 154 | ENTIRE LOT | 1/15/2020 | 1/21/2020 2:02:45 PM | SUNDRY AGREEMENT | 14 | RCB1 NOMINEE LLC | RCB1 AFFORDABLE LLC | | ✓ |
| DET IMG | 2020000023702 | 154 | ENTIRE LOT | 12/31/2019 | 1/21/2020 2:02:44 PM | AGREEMENT | 12 | RCB1 NOMINEE LLC | RCB1 AFFORDABLE LLC | | ✓ |
| DET IMG | 2019000275986 | 154 | ENTIRE LOT | 8/19/2019 | 8/28/2019 12:35:55 PM | AGREEMENT | 12 | RCB1 NOMINEE LLC | NEW YORK STATE HOUSING FINANCE AGENCY | | ✓ |
| DET IMG | 2019000256406 | 154 | ENTIRE LOT | 8/5/2019 | 8/13/2019 9:36:37 AM | SUNDRY MISCELLANEOUS | 4 | RCB1 NOMINEE LLC | THE CITY OF NEW YORK, DEPARTMENT OF HOUSING | | |
| DET IMG | 2017000313481 | 154 | ENTIRE LOT | 8/9/2017 | 8/22/2017 4:34:30 PM | SUNDRY AGREEMENT | 10 | RCB1 NOMINEE LLC | | | ✓ |
| DET IMG | 2017000311983 | 154 | ENTIRE LOT | 8/9/2017 | 8/21/2017 5:04:20 PM | SUNDRY AGREEMENT | 12 | NEW YORK STATE HOUSING FINANCE AGENCY | | | ✓ |
| DET IMG | 2017000311982 | 154 | ENTIRE LOT | 8/9/2017 | 8/21/2017 5:04:19 PM | SUNDRY AGREEMENT | 13 | RCB1 NOMINEE LLC | | | ✓ |
| DET IMG | 2017000311981 | 154 | ENTIRE LOT | 8/9/2017 | 8/21/2017 5:04:18 PM | SUNDRY AGREEMENT | 12 | RCB1 NOMINEE LLC | | | |
| DET IMG | 2016000425200 | 154 | ENTIRE LOT | 11/16/2016 | 12/2/2016 9:03:25 AM | AGREEMENT | 31 | NEW YORK STATE HOUSING FINANCE AGENCY | WELLS FARGO BANK, NATIONAL ASSOCIATION | | ✓ |
| DET IMG | 2016000425199 | 154 | ENTIRE LOT | 11/16/2016 | 12/2/2016 9:03:24 AM | AGREEMENT | 17 | THE CITY OF NEW YORK | YORK STATE HOUSING FINANCE AGENCY | | ✓ |
| DET IMG | 2016000425198 | 154 | PARTIAL LOT | 11/16/2016 | 12/2/2016 9:03:23 AM | INITIAL UCC1 | 6 | RCB1 NOMINEE LLC | NEW YORK STATE HOUSING FINANCE AGENCY | | ✓ |
| DET IMG | 2016000425197 | 154 | ENTIRE LOT | 11/16/2016 | 12/2/2016 9:03:22 AM | MORTGAGE | 56 | RCB1 NOMINEE LLC | YORK STATE HOUSING FINANCE AGENCY | 168,863 | ✓ |
| DET IMG | 2016000425196 | 154 | PARTIAL LOT | 11/16/2016 | 12/2/2016 9:03:21 AM | INITIAL UCC1 | 6 | RCB1 NOMINEE LLC | NEW YORK STATE HOUSING FINANCE AGENCY | | ✓ |
| DET IMG | 2016000425195 | 154 | ENTIRE LOT | 11/16/2016 | 12/2/2016 9:03:20 AM | MORTGAGE | 55 | RCB1 NOMINEE LLC | NEW YORK STATE HOUSING FINANCE AGENCY | 514,668,729 | ✓ |
| DET IMG | 2016000425194 | 154 | ENTIRE LOT | 11/16/2016 | 12/2/2016 9:03:19 AM | MEMORANDUM OF LEASE | 10 | RCB1 NOMINEE LLC | RCB1 AFFORDABLE LLC | | ✓ |
| DET IMG | 2016000425193 | 154 | ENTIRE LOT | 11/16/2016 | 12/2/2016 9:03:17 AM | AGREEMENT | 56 | THE CITY OF NEW YORK | RCB1 NOMINEE LLC | | ✓ |
| DET IMG | 2016000425192 | 154 | ENTIRE LOT | 9/16/2016 | 12/2/2016 9:03:16 AM | AGREEMENT | 55 | THE CITY OF NEW YORK | | | |
| DET IMG | 2016000425191 | 154 | ENTIRE LOT | 11/16/2016 | 12/2/2016 9:03:15 AM | AGREEMENT | 54 | RCB1 NOMINEE LLC | NEW YORK STATE HOUSING FINANCE AGENCY | | ✓ |
| DET IMG | 2016000321296 | 154 | ENTIRE LOT | 9/1/2016 | 9/15/2016 11:25:38 AM | CERTIFICATE | 10 | ROYAL ABSTRACT OF NEW YORK LLC | | | |
| DET IMG | 2016003220450 | 154 | ENTIRE LOT | 9/2/2016 | 9/14/2016 4:06:49 PM | ZONING LOT DESCRIPTION | 12 | RCB1 NOMINEE LLC | | | |
| DET IMG | 2016003220449 | 154 | ENTIRE LOT | 9/1/2016 | 9/14/2016 4:06:48 PM | CERTIFICATE | 10 | ROYAL ABSTRACT OF NEW YORK LLC | | | |
| DET IMG | 2016000320448 | 154 | ENTIRE LOT | 7/22/2016 | 9/14/2016 4:06:47 PM | SUNDRY MISCELLANEOUS | 14 | RCB1 NOMINEE LLC | | | |
| DET IMG | 2016000320447 | 154 | ENTIRE LOT | 8/4/2016 | 9/14/2016 4:06:46 PM | SUNDRY AGREEMENT | 10 | NEW YORK STATE HOUSING FINANCE AGENCY | RIVERSIDE CENTER SITE 5 OWNER LLC | | ✓ |
| DET IMG | 2016003220446 | 154 | ENTIRE LOT | 8/11/2016 | 9/14/2016 4:06:45 PM | SUNDRY AGREEMENT | 10 | WELLS FARGO BANK, NATIONAL ASSOCIATION | | | ✓ |
| DET IMG | 2016000247095 | 154 | ENTIRE LOT | 6/8/2016 | 7/20/2016 12:19:03 PM | SUNDRY AGREEMENT | 12 | RCB1 NOMINEE LLC | NEW YORK STATE HOUSING FINANCE AGENCY | | ✓ |
| DET IMG | 2015000430181 | 154 | ENTIRE LOT | 11/18/2015 | 12/4/2015 11:58:33 AM | AGREEMENT | 15 | CRP/EXTELL PARCEL L, L.P. | RCB1 NOMINEE LLC | | ✓ |
| DET IMG | 2015000347949 | 154 | ENTIRE LOT | 9/18/2015 | 9/29/2015 4:16:43 PM | ZONING LOT DESCRIPTION | 11 | CRP/EXTELL PARCEL L, L.P. | | | |
| DET IMG | 2015000347948 | 154 | ENTIRE LOT | 9/18/2015 | 9/29/2015 4:16:42 PM | CERTIFICATE | 11 | ROYAL ABSTRACT OF NEW YORK LLC | | | |
| DET IMG | 2015000347947 | 154 | ENTIRE LOT | 9/18/2015 | 9/29/2015 4:16:41 PM | ZONING LOT | 10 | CRP/EXTELL PARCEL L, L.P. | | | |

**NYC DEPARTMENT OF FINANCE**
**OFFICE OF THE CITY REGISTER**

This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument.The information on this page will control for indexing purposes in the event of any conflict with the rest of the document.



2016112200591002001EE20F

| RECORDING AND ENDORSEMENT COVER PAGE | PAGE 1 OF 55 |
|---|---|

**Document ID:** 2016112200591002        Document Date: 09-16-2016        Preparation Date: 11-30-2016
Document Type:  AGREEMENT
Document Page Count: 54

| PRESENTER: | RETURN TO: |
|---|---|
| ROYAL ABSTRACT OF NEW YORK LLC(908775)BL<br>125 PARK AVENUE<br>SUITE 1610<br>NEW YORK, NY 10017<br>212-376-0900<br>MBASALATAN@ROYALABSTRACT.COM | ROYAL ABSTRACT OF NEW YORK LLC(908775)BL<br>125 PARK AVENUE<br>SUITE 1610<br>NEW YORK, NY 10017<br>212-376-0900<br>MBASALATAN@ROYALABSTRACT.COM |

## PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| MANHATTAN | 1171 | 154 | Entire Lot | 40 RIVERSIDE BOULEVARD |

**Property Type:** COMMERCIAL REAL ESTATE

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| MANHATTAN | 1171 | 156 | Entire Lot | N/A WEST END AVENUE |

**Property Type:** COMMERCIAL REAL ESTATE

## CROSS REFERENCE DATA

CRFN_____  *or*  DocumentID_____  *or*  _____ Year____ Reel____ Page_____  *or*  File Number_____

## PARTIES

| PARTY 1: | PARTY 2: |
|---|---|
| THE CITY OF NEW YORK<br>100 GOLD STREET, NINTH FLOOR<br>NEW YORK, NY 10038 | RCB1 NOMINEE LLC<br>1345 AVENUE OF THE AMERICAS, SUITE 200<br>NEW YORK, NY 10105 |

## FEES AND TAXES

| Mortgage : | | | Filing Fee: | | |
|---|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | | $ | 0.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | | |
| Exemption: | | | | $ | 0.00 |
| TAXES:   County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | | |
| City (Additional): | $ | 0.00 | | $ | 0.00 |
| Spec (Additional): | $ | 0.00 | | | |
| TASF: | $ | 0.00 | | | |
| MTA: | $ | 0.00 | | | |
| NYCTA: | $ | 0.00 | | | |
| Additional MRT: | $ | 0.00 | | | |
| TOTAL: | $ | 0.00 | | | |
| Recording Fee: | $ | 310.00 | | | |
| Affidavit Fee: | $ | 0.00 | | | |

**RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK**

Recorded/Filed        12-02-2016 09:03
City Register File No.(CRFN):
**2016000425192**

*Annette M Hill*

*City Register Official Signature*

IH Agreement - R10 and Designated Areas

# REGULATORY AGREEMENT

## BETWEEN

## THE CITY OF NEW YORK

## AND

## RCB1 NOMINEE LLC

## PREMISES AFFECTED BY THIS INSTRUMENT:

**BLOCK**
1171

**LOTS**
154 and 156

## ON THE TAX MAP OF THE CITY OF NEW YORK, COUNTY OF NEW YORK

## RECORD AND RETURN TO:

**THE CITY OF NEW YORK**
**DEPARTMENT OF HOUSING PRESERVATION AND DEVELOPMENT**
**OFFICE OF LEGAL AFFAIRS**
**CONTRACTS AND REAL ESTATE DIVISION**
**100 GOLD STREET -- 5-S2**
**NEW YORK, NEW YORK 10038**

908775
Royal Abstract of New York, LLC
125 Park Avenue, Suite 1610
New York, N.Y. 10017
(212) 376-0900

RA/RC1/IH

IH Agreement - R10 and Designated Areas

**REGULATORY AGREEMENT**

**THIS AGREEMENT** is made on the ___16th___ day of September, 2016, by and between **THE CITY OF NEW YORK**, a municipal corporation (the "**City**") acting by and through its **DEPARTMENT OF HOUSING PRESERVATION AND DEVELOPMENT**, having an office at 100 Gold Street, Ninth Floor, New York, New York 10038 (the "**Department**"), and **RCB1 NOMINEE LLC**, a Delaware limited liability company having an address at 1345 Avenue of the Americas, Suite 200, New York, New York 10105 ("**Applicant**").

**WHEREAS**, Applicant is owner in fee simple of the real property designated as Block 1171, Lots 154 and 156 on the Tax Map of the City, County of New York, more particularly described in **Exhibit A** hereof (as improved pursuant to this Agreement, the "**Premises**"), and intends to construct improvements on the Premises, which improvements will constitute Affordable Housing within the meaning of Section 23-911 of the New York City Zoning Resolution (the "**Resolution**") and the Inclusionary Housing Program Guidelines (the "**Guidelines**"; the Guidelines and Resolution are collectively referred to as the "**Program**"); and

**WHEREAS**, the Department has been duly authorized to administer the Program, including the execution of this Agreement, for Floor Area Compensation under the Program; and

**WHEREAS**, Applicant has filed with the Department an Affordable Housing Plan pursuant to Section 23-961(d) of the Resolution, attached hereto and made a part hereof as **Exhibit B** (the "**Plan**"), and the Department has evaluated and approved the Plan as such terms and requirements of the Plan are reflected in this Agreement; and

**WHEREAS**, Applicant intends to provide Low Income Floor Area (as defined in Section 23-911 of the Resolution (the "**Affordable Housing Units**") to be affordable to and occupied by families having incomes equal to the Low Income Limit in order to enable one or more new multiple dwellings (the "**Compensated Development(s)**"), to be eligible under the Program for Floor Area Compensation pursuant to Section 23-933 (Inclusionary Housing designated areas) and Appendix F: Manhattan Community Board 7, Map 2 of the Resolution; and

**WHEREAS**, the parties hereto wish to enter into this Agreement to set forth the rights and obligations hereunder.

**NOW, THEREFORE**, in consideration of the mutual covenants and agreements herein contained, it is hereby agreed as follows:

1.  Capitalized terms not specifically defined herein shall have the meaning set forth in the Program.

2.  Applicant will create, through new construction, one hundred fifty-six (156) Affordable Housing Units pursuant to the building plans submitted to and approved by the Department (the "**Building Plans**"), located at the Premises (the "**Building**"). Attached hereto as **Exhibit C** is a list identifying each Affordable Housing Unit.

3.  The one hundred fifty-six (156) Affordable Housing Units will consist of one hundred fifty-six (156) units to be occupied by Low Income Households, as defined in the Resolution, which will permit Floor Area Compensation in conformance with the Resolution.

IH Agreement – R10 and Designated Areas

## EXHIBIT B

## AFFORDABLE HOUSING PLAN

### (following page(s))

**THE CITY OF NEW YORK**
**DEPARTMENT OF HOUSING PRESERVATION AND DEVELOPMENT**
Office of Development
100 GOLD STREET, FIFTH FLOOR, NEW YORK, NEW YORK 10038
(212) 863-8228

**AFFORDABLE HOUSING PLAN APPLICATION PURSUANT TO THE INCLUSIONARY HOUSING PROGRAM**
*Please indicate "Not Applicable" or "NA" where appropriate. Do not leave any lines blank.*

1. **Applicant:** RCB 1 Nominee LLC
   Address: 1345 Avenue of the Americas, Suite 200, New York, NY  10105
   Fax:
   Email:
   Primary Contact (Name/Phone/Email):
   John Gagnier/646-596-4189/jgagnier@gid.com

2. **Owner (if different):**
   Address:
   Fax:
   Email:
   Primary Contact (Name/Phone/Email):

3. **Administering Agent:** Breaking Ground
   Address:    505 Eighth Avenue, 5th Floor   New York, New York 10018
   Fax:
   Email:
   Primary Contact (Name/Phone/Email):
   Judith Roisenfeld/j212-389-9322/jrosenfeld@breakingground.org

4. **General Contractor:** Tishman Construction Corp. of New York
   Address:    100 Park Avenue, New York, NY 10017
   Fax:
   Email:
   Primary Contact (Name/Phone/Email):
   Robert Higgins/ 646-589-0600/Robert.Higgins2@aecom.com

5.  **Architect:** GHWA Architects

    Address: 11 Broadway, Suite 3700, New York, NY

    Fax:

    Email:

    Primary Contact (Name/Phone/Email):

    L. Stephen Hill / 212-212-8007 / lshill@ghwarchitects.com

6.  **Attorney and Firm:** Holland & Knight

    Address: 31 West 52nd Street, New York, NY 10019

    Fax: 212 - 385 - 9010

    Email:

    Primary Contact (Name/Phone/Email):

    Ken Lowenstein / 212-513-3438 / kenneth.lowenstein@hklaw.com

7.  **Location of Affordable Housing Units**

    Street Address: 30 Riverside Blvd.

    Borough: Manhattan

    Block(s)/Lot(s): Block 1171 Lots 154 / 156

    Community Board: 7

8.  **Inclusionary Housing District of Affordable Housing Units**

    ☐R-10 Inclusionary:

    *Is project privately financed (Yes/No)?*

    ■IH Designated Area (Insert ZR section reference, e.g., §23-952, §98-26, §62-352, etc):

    23-933 and Appendix F Manhattan CB-7 Map 2

    ☐Special District:

    ☐Other (please explain):

9.  If publicly financed, list all sources of governmental assistance, including lower income housing tax credits, bond financing, and land disposition programs:

    Tax Exempt Bonds, Low Income Housing Tax Credits

10. **Type of Project (check all that apply)**

    Construction type

           ■New Construction

           ☐Preservation

           ☐Substantial Rehabilitation

**10. Type of Project** *(continued)*

Location
- ▣On-site
- ▣Off-site

Inclusionary Units
- ☑Rental
- ☐Homeownership

Non-Inclusionary Units
- ▣Rental
- ▣Homeownership
- ☐Not Applicable

Unit Count

Total Units: 646

Total IH Units: 156

Super's Units: 1

**11.** Income Distribution of Affordable Housing Units

Number of low-income units (equal to or less than 80% AMI): 156

Number of moderate-income units (equal to or less than 125% AMI): _____

Number of middle-income units (equal to or less than 175% AMI): _____

**12.** Tax Exemption To Be Requested: 421-a

**13.** If the project will contain a condominium or cooperative structure, please describe the structure and the use of each unit. If not, please indicate N/A:

Project includes a condominium structure with the following components:

For sale residential, market rate rental, affordable rental, retail, parking

Authorized Signature of Applicant: _____

Print name: John Gagnier

Date: Sept. 15, 2016

## Exhibit C

**nter Building 1**

| Marketing Floor # | Apt # | # Bdrms |
|---|---|---|
| 25 | 2502E | 0 |
| 24 | 2404E | 1 |
| 24 | 2401E | 2 |
| 23 | 2304E | 1 |
| 23 | 2301E | 2 |
| 22 | 2204E | 1 |
| 22 | 2201E | 2 |
| 21 | 2104E | 1 |
| 21 | 2101E | 2 |
| 20 | 2004E | 1 |
| 20 | 2001E | 2 |
| 19 | 1904E | 1 |
| 19 | 1901E | 2 |
| 18 | 1804E | 1 |
| 18 | 1801E | 2 |
| 17 | 1704E | 1 |
| 17 | 1701E | 2 |
| 16 | 1604E | 1 |
| 16 | 1601E | 2 |
| 15 | 1504E | 1 |
| 15 | 1501E | 2 |
| 14 | 1404E | 1 |
| 14 | 1401E | 2 |
| 12 | 1204E | 1 |
| 12 | 1201E | 2 |
| 11 | 1112E | 1 |
| 11 | 1110E | 2 |
| 11 | 1101E | 2 |
| 10 | 1012E | 1 |
| 10 | 1010E | 2 |
| 10 | 1001E | 2 |

*:lusionary Housing Apartments*

**Unit Summary**

| # Bedrooms | Units |
|---|---|
| 0 Bdrm | 32 |
| 1 Bdrm | 31 |
| 2 Bdrm | 93 |
| 3 Bdrm | 0 |
| 4 Bdrm | 0 |
| Total | 156 |

Exhibit C

IH Agreement - R10 and Designated Areas

**IN WITNESS WHEREOF,** the parties hereto have executed this Agreement on the date first set forth above.

**THE CITY OF NEW YORK**
**BY:    DEPARTMENT OF HOUSING PRESERVATION AND DEVELOPMENT**

BY:_____
        Louise Carroll, Associate Commissioner

**RCB1 NOMINEE LLC**

BY:_____
        James Linsley, President

APPROVED AS TO FORM BY
STANDARD TYPE OF CLASS FOR
USE UNTIL AUGUST 31, 2017
By: /s/ Howard Friedman
        Acting Corporation Counsel

**IN WITNESS WHEREOF,** the parties hereto have executed this Agreement as of the date first set forth above.

**THE CITY OF NEW YORK**
**BY:**    **DEPARTMENT OF HOUSING PRESERVATION AND DEVELOPMENT**


BY:_____
        Louise Carroll, Associate Commissioner


**COMMON GROUND MANAGEMENT CORPORATION doing business as BREAKING GROUND MANAGEMENT**


BY: _____
        Brenda Rosen, President and CEO

IH Agreement - R10 and Designated Areas

**IN WITNESS WHEREOF,** the parties hereto have executed this Agreement on the date first set forth above.

**THE CITY OF NEW YORK**
**BY:     DEPARTMENT OF HOUSING PRESERVATION AND DEVELOPMENT**

BY:_____
         Louise Carroll, Associate Commissioner

**RCB1 NOMINEE LLC**

BY:_____
         James Linsley, President

APPROVED AS TO FORM BY
STANDARD TYPE OF CLASS FOR
USE UNTIL AUGUST 31, 2017
By: /s/ Howard Friedman
         Acting Corporation Counsel

**NYC DEPARTMENT OF FINANCE**
**OFFICE OF THE CITY REGISTER**

This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument.The information on this page will control for indexing purposes in the event of any conflict with the rest of the document.



2016112200591003002ED232

| RECORDING AND ENDORSEMENT COVER PAGE | | PAGE 1 OF 56 |
|---|---|---|
| Document ID: **2016112200591003** | Document Date: 11-16-2016 | Preparation Date: 11-30-2016 |

Document Type:  AGREEMENT
Document Page Count: 54

| PRESENTER: | RETURN TO: |
|---|---|
| ROYAL ABSTRACT OF NEW YORK LLC(908775)BL<br>125 PARK AVENUE<br>SUITE 1610<br>NEW YORK, NY 10017<br>212-376-0900<br>MBASALATAN@ROYALABSTRACT.COM | ROYAL ABSTRACT OF NEW YORK LLC(908775)BL<br>125 PARK AVENUE<br>SUITE 1610<br>NEW YORK, NY 10017<br>212-376-0900<br>MBASALATAN@ROYALABSTRACT.COM |

## PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| MANHATTAN | 1171 | 154 | Entire Lot | 40 RIVERSIDE BOULEVARD |

Property Type:  COMMERCIAL REAL ESTATE

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| MANHATTAN | 1171 | 156 | Entire Lot | N/A WEST END AVENUE |

Property Type:  COMMERCIAL REAL ESTATE

## CROSS REFERENCE DATA

CRFN_____  *or*  DocumentID_____  *or*  _____Year_____  Reel_____  Page_____  *or*  File Number_____

## PARTIES

| PARTY 1: | PARTY 2: |
|---|---|
| THE CITY OF NEW YORK<br>100 GOLD STREET, NINTH FLOOR<br>NEW YORK, NY 10038 | RCB1 NOMINEE LLC<br>1345 AVENUE OF THE AMERICAS, SUITE 200<br>NEW YORK, NY 10105 |

☒  Additional  Parties Listed on Continuation  Page

## FEES AND TAXES

| Mortgage : | | | Filing Fee: | | |
|---|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | | $ | 0.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | | |
| Exemption: | | | | $ | 0.00 |
| TAXES:   County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | | |
| City (Additional): | $ | 0.00 | | $ | 0.00 |
| Spec (Additional): | $ | 0.00 | | | |
| TASF: | $ | 0.00 | | | |
| MTA: | $ | 0.00 | | | |
| NYCTA: | $ | 0.00 | | | |
| Additional MRT: | $ | 0.00 | | | |
| TOTAL: | $ | 0.00 | | | |
| Recording Fee: | $ | 310.00 | | | |
| Affidavit Fee: | $ | 0.00 | | | |

**RECORDED OR FILED IN THE OFFICE**
**OF THE CITY REGISTER OF THE**
**CITY OF NEW YORK**
Recorded/Filed          12-02-2016 09:03
City Register File No.(CRFN):
**2016000425193**



*City Register Official Signature*

**NYC DEPARTMENT OF FINANCE**
**OFFICE OF THE CITY REGISTER**



2016112200591003002CD0B2

| **RECORDING AND ENDORSEMENT COVER PAGE  (CONTINUATION)** | | **PAGE 2 OF 56** |
|---|---|---|
| **Document ID: 2016112200591003** | Document Date: 11-16-2016 | Preparation Date: 11-30-2016 |
| Document Type: AGREEMENT | | |

---

**PARTIES**
**PARTY 2:**
RCB1 AFFORDABLE LLC
1345 AVENUE OF THE AMERICAS, SUITE 200
NEW YORK, NY 10105

IH Agreement - R10 and Designated Areas

## AMENDED AND RESTATED REGULATORY AGREEMENT

### BETWEEN

### THE CITY OF NEW YORK

### AND

### RCB1 NOMINEE LLC and RCB1 AFFORDABLE LLC

### PREMISES AFFECTED BY THIS INSTRUMENT:

**BLOCK**          **LOTS**
1171              154 and 156

### ON THE TAX MAP OF THE CITY OF NEW YORK, COUNTY OF NEW YORK

### RECORD AND RETURN TO:

**THE CITY OF NEW YORK
DEPARTMENT OF HOUSING PRESERVATION AND DEVELOPMENT
OFFICE OF LEGAL AFFAIRS
CONTRACTS AND REAL ESTATE DIVISION
100 GOLD STREET -- 5-S2
NEW YORK, NEW YORK 10038**

908775

Royal Abstract of New York, LLC
125 Park Avenue, Suite 1610
New York, N.Y. 10017
(212) 376-0900

RA/RC1/IH

IH Agreement - R10 and Designated Areas

## AMENDED AND RESTATED REGULATORY AGREEMENT

**THIS AMENDED AND RESTATED REGULATORY AGREEMENT** (this "**Agreement**") is made on the 16th day of November, 2016, by and between **THE CITY OF NEW YORK**, a municipal corporation (the "**City**") acting by and through its **DEPARTMENT OF HOUSING PRESERVATION AND DEVELOPMENT**, having an office at 100 Gold Street, Ninth Floor, New York, New York 10038 (the "**Department**"), **RCB1 NOMINEE LLC**, a Delaware limited liability company having an address at 1345 Avenue of the Americas, Suite 200, New York, New York 10105 ("**Applicant**"), and **RCB1 AFFORDABLE LLC**, a Delaware limited liability company having an address at 1345 Avenue of the Americas, Suite 200, New York, New York 10105 ("**Affordable LLC**").

**WHEREAS,** Applicant is owner in fee simple of the real property designated as Block 1171, Lots 154 and 156 on the Tax Map of the City, County of New York, more particularly described in **Exhibit A** hereof (as improved pursuant to this Agreement, the "**Premises**"), and intends to construct improvements on the Premises, which improvements will constitute Affordable Housing within the meaning of Section 23-911 of the New York City Zoning Resolution (the "**Resolution**") and the Inclusionary Housing Program Guidelines (the "**Guidelines**"; the Guidelines and Resolution are collectively referred to as the "**Program**"); and

**WHEREAS,** the Department has been duly authorized to administer the Program, including the execution of this Agreement, for Floor Area Compensation under the Program; and

**WHEREAS,** Applicant has filed with the Department an Affordable Housing Plan pursuant to Section 23-961(d) of the Resolution, attached hereto and made a part hereof as **Exhibit B** (the "**Plan**"), and the Department has evaluated and approved the Plan as such terms and requirements of the Plan are reflected in this Agreement; and

**WHEREAS,** Applicant intends to provide Low Income Floor Area (as defined in Section 23-911 of the Resolution (the "**Affordable Housing Units**") to be affordable to and occupied by families having incomes equal to the Low Income Limit in order to enable one or more new multiple dwellings (the "**Compensated Development(s)**"), to be eligible under the Program for Floor Area Compensation pursuant to Section 23-933 (Inclusionary Housing designated areas) and Appendix F: Manhattan Community Board 7, Map 2 of the Resolution; and

**WHEREAS,** in accordance with the Program, Applicant and the Department entered into a certain regulatory agreement dated September 16, 2016, which agreement shall be recorded against the Premises in the Office of the City Register, County of New York (the "**City Register's Office**") immediately before this Agreement (the "**Original Regulatory Agreement**"); and

**WHEREAS,** Applicant, Affordable LLC and the Department wish to amend certain terms and conditions of the Original Regulatory Agreement and restate in its entirety the Original Regulatory Agreement, as set forth herein, thereby setting forth their respective rights and obligations hereunder.

**NOW, THEREFORE**, in consideration of the mutual covenants and agreements herein contained, it is hereby agreed as follows:

1.      Capitalized terms not specifically defined herein shall have the meaning set forth in the Program.

RA/RC1/IH                                                   2

IH Agreement - R10 and Designated Areas

**EXHIBIT B**

**AFFORDABLE HOUSING PLAN**

**(following page(s))**

**THE CITY OF NEW YORK**
**DEPARTMENT OF HOUSING PRESERVATION AND DEVELOPMENT**
Office of Development
100 GOLD STREET, FIFTH FLOOR, NEW YORK, NEW YORK 10038
(212) 863-8228

**AFFORDABLE HOUSING PLAN APPLICATION PURSUANT TO THE INCLUSIONARY HOUSING PROGRAM**
*Please indicate "Not Applicable" or "NA" where appropriate. Do not leave any lines blank.*

1. **Applicant:** RCB 1 Nominee LLC

   Address:  1345 Avenue of the Americas, Suite 200, New York, NY  10105

   Fax:

   Email:

   Primary Contact (Name/Phone/Email):
   John Gagnier/646-596-4189/jgagnier@gid.com

2. **Owner (if different):**

   Address:

   Fax:

   Email:

   Primary Contact (Name/Phone/Email):

3. **Administering Agent:** Breaking Ground

   Address:   505 Eighth Avenue, 5th Floor   New York, New York 10018

   Fax:

   Email:

   Primary Contact (Name/Phone/Email):

   Judith Roisenfeld/j212-389-9322/jrosenfeld@breakingground.org

4. **General Contractor:** Tishman Construction Corp. of New York

   Address:   100 Park Avenue, New York, NY 10017

   Fax:

   Email:

   Primary Contact (Name/Phone/Email):

   Robert Higgins/ 646-589-0600/Robert.Higgins2@aecom.com

**10. Type of Project** *(continued)*

Location

☒On-site

☒Off-site

Inclusionary Units

☑Rental

☐Homeownership

Non-Inclusionary Units

☒Rental

☒Homeownership

☐Not Applicable

Unit Count

Total Units: 646

Total IH Units: 156

Super's Units: 1

**11.** Income Distribution of Affordable Housing Units

Number of low-income units (equal to or less than 80% AMI): 156

Number of moderate-income units (equal to or less than 125% AMI): _____

Number of middle-income units (equal to or less than 175% AMI): _____

**12.** Tax Exemption To Be Requested: 421-a

**13.** If the project will contain a condominium or cooperative structure, please describe the structure and the use of each unit. If not, please indicate N/A:

Project includes a condominium structure with the following components:

For sale residential, market rate rental, affordable rental, retail, parking

Authorized Signature of Applicant: _____

Print name: John Gagnier

Date: Sept. 15, 2016

IH Agreement - R10 and Designated Areas

## EXHIBIT C

## THE AFFORDABLE HOUSING UNITS

### (following page(s))

## Exhibit C

Riverside Center Building 1

| Inclusionary Housing Apartments | | | |
|---|---|---|---|
| Construction Floor # | Marketing Floor # | Apt # | # Bdrms |
| 24 | 25 | 2502E | 0 |
| 23 | 24 | 2404E | 1 |
| 23 | 24 | 2401E | 2 |
| 22 | 23 | 2304E | 1 |
| 22 | 23 | 2301E | 2 |
| 21 | 22 | 2204E | 1 |
| 21 | 22 | 2201E | 2 |
| 20 | 21 | 2104E | 1 |
| 20 | 21 | 2101E | 2 |
| 19 | 20 | 2004E | 1 |
| 19 | 20 | 2001E | 2 |
| 18 | 19 | 1904L | 1 |
| 18 | 19 | 1901F | 2 |
| 17 | 18 | 1804E | 1 |
| 17 | 18 | 1801E | 2 |
| 16 | 17 | 1704E | 1 |
| 16 | 17 | 1701L | 2 |
| 15 | 16 | 1604E | 1 |
| 15 | 16 | 1601E | 2 |
| 14 | 15 | 1504E | 1 |
| 14 | 15 | 1501E | 2 |
| 13 | 14 | 1404E | 1 |
| 13 | 14 | 1401E | 2 |
| 12 | 12 | 1204E | 1 |
| 12 | 12 | 1201E | 2 |
| 11 | 11 | 1112E | 1 |
| 11 | 11 | 1110E | 2 |
| 11 | 11 | 1101E | 2 |
| 10 | 10 | 1012L | 1 |
| 10 | 10 | 1010E | 2 |
| 10 | 10 | 1001E | 2 |
| 9 | 9 | 912E | 1 |
| 9 | 9 | 910E | 2 |
| 9 | 9 | 901E | 2 |
| 8 | 8 | 812F | 1 |
| 8 | 8 | 810F | 2 |
| 8 | 8 | 801E | 2 |
| 7 | 7 | 712E | 1 |
| 7 | 7 | 710E | 2 |
| 7 | 7 | 701L | 2 |
| 6 | 6 | 612L | 1 |
| 6 | 6 | 610E | 2 |
| 6 | 6 | 601E | 2 |
| 5 | 5 | 518E | 1 |
| 5 | 5 | 515E | 2 |
| 5 | 5 | 503E | 2 |
| 5 | 5 | 501E | 2 |
| 4 | 4 | 418L | 1 |
| 4 | 4 | 415E | 2 |
| 4 | 4 | 403E | 2 |
| 4 | 4 | 401E | 2 |
| 3 | 3 | 316E | 1 |
| 3 | 3 | 315E | 2 |
| 3 | 3 | 303E | 2 |
| 3 | 3 | 301E | 2 |
| 2 | 2 | 213E | 1 |
| 2 | 2 | 212E | 0 |
| 2 | 2 | 203E | 2 |
| 2 | 2 | 201E | 2 |
| 20 | 21 | 2102W | 0 |
| 19 | 20 | 2002W | 0 |
| 18 | 19 | 1912W | 2 |
| 18 | 19 | 1911W | 0 |
| 18 | 19 | 1906W | 2 |
| 18 | 19 | 1903W | 2 |
| 17 | 18 | 1808W | 2 |
| 17 | 18 | 1804W | 2 |
| 16 | 17 | 1718W | 2 |
| 16 | 17 | 1717W | 0 |
| 16 | 17 | 1714W | 2 |
| 16 | 17 | 1709W | 2 |
| 16 | 17 | 1702W | 2 |
| 16 | 17 | 1701W | 0 |
| 15 | 16 | 1618W | 2 |
| 15 | 16 | 1617W | 0 |
| 15 | 16 | 1614W | 2 |
| 15 | 16 | 1608W | 2 |
| 15 | 16 | 1602W | 2 |
| 15 | 16 | 1601W | 0 |
| 14 | 15 | 1519W | 2 |
| 14 | 15 | 1518W | 0 |
| 14 | 15 | 1515W | 2 |
| 14 | 15 | 1512W | 2 |

| Unit Summary | |
|---|---|
| # Bedrooms | Units |
| 0 Bdrm | 32 |
| 1 Bdrm | 31 |
| 2 Bdrm | 93 |
| 3 Bdrm | 0 |
| 4 Bdrm | 0 |
| Total | 156 |

| Inclusionary Housing Apartments | | | |
|---|---|---|---|
| Construction Floor # | Marketing Floor # | Apt # | # Bdrms |
| 14 | 15 | 1509W | 2 |
| 14 | 15 | 1501W | 0 |
| 13 | 14 | 1419W | 2 |
| 13 | 14 | 1418W | 0 |
| 13 | 14 | 1416W | 2 |
| 13 | 14 | 1412W | 2 |
| 13 | 14 | 1409W | 2 |
| 13 | 14 | 1401W | 0 |
| 12 | 12 | 1216W | 2 |
| 12 | 12 | 1212W | 2 |
| 12 | 12 | 1209W | 2 |
| 12 | 12 | 1202W | 2 |
| 12 | 12 | 1201W | 0 |
| 11 | 11 | 1115W | 2 |
| 11 | 11 | 1111W | 2 |
| 11 | 11 | 1110W | 1 |
| 11 | 11 | 1109W | 2 |
| 11 | 11 | 1102W | 2 |
| 11 | 11 | 1101W | 0 |
| 10 | 10 | 1018W | 2 |
| 10 | 10 | 1017W | 0 |
| 10 | 10 | 1016W | 0 |
| 10 | 10 | 1014W | 2 |
| 10 | 10 | 1009W | 2 |
| 10 | 10 | 1002W | 2 |
| 10 | 10 | 1001W | 0 |
| 9 | 9 | 918W | 2 |
| 9 | 9 | 917W | 0 |
| 9 | 9 | 916W | 0 |
| 9 | 9 | 914W | 2 |
| 9 | 9 | 909W | 2 |
| 9 | 9 | 902W | 2 |
| 9 | 9 | 901W | 0 |
| 8 | 8 | 818W | 2 |
| 8 | 8 | 817W | 0 |
| 8 | 8 | 816W | 0 |
| 8 | 8 | 814W | 2 |
| 8 | 8 | 809W | 2 |
| 8 | 8 | 802W | 2 |
| 8 | 8 | 801W | 0 |
| 7 | 7 | 718W | 2 |
| 7 | 7 | 717W | 0 |
| 7 | 7 | 716W | 0 |
| 7 | 7 | 714W | 2 |
| 7 | 7 | 709W | 2 |
| 7 | 7 | 702W | 2 |
| 7 | 7 | 701W | 0 |
| 6 | 6 | 618W | 2 |
| 6 | 6 | 617W | 0 |
| 6 | 6 | 614W | 2 |
| 6 | 6 | 609W | 2 |
| 6 | 6 | 608W | 1 |
| 6 | 6 | 602W | 2 |
| 6 | 6 | 601W | 0 |
| 5 | 5 | 513W | 2 |
| 5 | 5 | 512W | 1 |
| 5 | 5 | 510W | 2 |
| 5 | 5 | 508W | 2 |
| 5 | 5 | 507W | 0 |
| 5 | 5 | 501W | 1 |
| 4 | 4 | 413W | 2 |
| 4 | 4 | 412W | 1 |
| 4 | 4 | 410W | 2 |
| 4 | 4 | 408W | 2 |
| 4 | 4 | 407W | 0 |
| 4 | 4 | 401W | 1 |
| 3 | 3 | 313W | 2 |
| 3 | 3 | 312W | 1 |
| 3 | 3 | 310W | 2 |
| 3 | 3 | 309W | 1 |
| 3 | 3 | 307W | 0 |
| 3 | 3 | 301W | 1 |
| 2 | 2 | 205W | 2 |

Exhibit C