UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ABRAHAM GROSS, NETTY GROSS,

    Plaintiffs,

       -against-

           The City of New York et. al

           Defendant(s).

CV-20-4340-GBD-RWL

---

## AFFIRMATION OF CO-PLAINTIFF NETTY GROSS

My name is Netty Gross. I am the mother of Abraham Gross, and a Co-Plaintiff in the above-entitled action.

I have read the Second Amended Complaint in the above-entitled action, and know the contents thereof that are applicable to me. The same are true to my knowledge, except as to matters therein stated to be alleged on information and belief and as to those matters I believe them to be true.

_____
[Signature]

10/19/20
[Date]