Abraham Gross
Pro Se Plaintiff
agross2@gmail.com

November 09, 2020

The Honorable Robert W. Lehrburger
United States Magistrate Judge
United States Southern District Court of New York
500 Pearl St, New York, NY 10007-1312

Re: Independent Consultant in the Settlement Conference Scheduled for November 09, 2020
In  Civil Case No. 20-CV-4340, Abraham Gross, et al. v. The City of New York, et al.

Dear Judge Lehrburger,

1. The following is written with humility and respect to this Honorable Court, Ms. Jasmine Paul, Ms. Laura Juffa, Ms. Jeanne Williams and to the Defendants.
2. I am the pro se plaintiff in this case.
3. In a letter dated November 2, 2020, Defendant Breaking Ground stated that Aaron Dobish would make an appearance as an independent consultant.
4. I respectfully ask for the Honorable Court's permission to also allow for an independent consultant, Mr. Ricarte Echevarria, to be present on my behalf.

Respectfully Submitted,


Abraham Gross

