USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/9/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ABRAHAM GROSS,  :  20-CV-4340 (GBD) (RWL)
:
                Plaintiff,  :  **ORDER**
:
        - against -  :
:
THE CITY OF NEW YORK, et al.,  :
:
              Defendants.  :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As discussed at today's conference, all deadlines in the scheduling order are extended by 30 days.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:      November 9, 2020
              New York, New York

Copies transmitted to counsel of record and pro se Plaintiff via-ECF.