**MANDATE**

S.D.N.Y.–N.Y.C.
20-cv-4340
Daniels, J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT
_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 19ᵗʰ day of November, two thousand twenty.

Present:

John M. Walker, Jr.,
Robert A. Katzmann,
Richard C. Wesley,
*Circuit Judges.*

<table>
<tr><td>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: _____12/10/2020_____</td></tr>
</table>

Abraham Gross,

*Plaintiff-Appellant,*

v.                                                                                  20-2285

City of New York, et al.,

*Defendants-Appellees.*

_____

Appellant, pro se, moves for an injunction to stay an affordable housing lottery. Upon due consideration, it is hereby ORDERED that the motion is DENIED and the appeal is DISMISSED because it "lacks an arguable basis either in law or in fact." *Neitzke v. Williams*, 490 U.S. 319, 325 (1989); *see also* 28 U.S.C. § 1915(e).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

*Catherine O'Hagan Wolfe*

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

*Catherine O'Hagan Wolfe*

**MANDATE ISSUED ON 12/10/2020**