```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/23/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------
-x

ABRAHAM GROSS, NETTY GROSS,

                              Plaintiffs,

-against-

THE CITY OF NEW YORK, NEW YORK CITY DEPARTMENT OF HOUSING PRESERVATION AND DEVELOPMENT, LOUISE CARROLL, ANNA-MARIE HENDRICKSON, MARGARET BROWN, BABBA HALM, VICTOR HERNANDEZ, SHATARA PELL, MARK MATTHEWS, NICOLE LONDON, EDWIN LUGO, NIDIA DORMI, GABRIEL MOMBRUN, JAMES E. JOHNSON, HAROLD WEINBERG, NICK LUNDGREN, SAMANTHA SCHONFELD, HELEN ROSENTHAL, BREAKING GROUND, JEANNE-MARIE WILLIAMS, BRENDA ROSEN, TERRESA PALMIERI, VANESSA CUCURULO, STEPHANIE LABARTA, and TRAVIS FONG,

                              Defendants.
------------------------------------------------------------------------
-x

**NOTICE OF VOLUNTARY DISMISSAL, PURSUANT TO RULE 40(a)(1)**

20-CV-4340 (GBD) (RWL)

      Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs dismiss this action as against Defendant Gabriel Mombrun with prejudice.

Dated: New York, New York
        December 21, 2020

_____
Abraham Gross, *Pro se* Plaintiff
40 W. 77th Street, Apt. 10C
New York, New York, 10024

_____
Netty Gross, *Pro se* Plaintiff
40 W. 77th Street, Apt. 10C
New York, New York, 10024

So Ordered:

_____
12/23/2020
Hon. Robert W. Lehrburger